FILED

07 JUN -5 PM 12: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court
For the Northern District of California

Walter Brooks

v.

San Francisco Police Department Chief, Heather Fong;
First Watch Leutenant Supervising Staff;
Sargent, Haggett Star #16

Civil Action No. C-07-2615 SBA (PR)

## Motion For Leave to FILE An Amended Complaint

Plaintiff Walter Brooks, Pursuant to Rules 15(a) and 19(a), Fed.R.Civ.P., request leave to File an amended Complaint adding legal claims, as well as, Prayer For Relief. <u>Ricciuti v. NYC transit Authority</u>, 941 F.2d 119, 123 (2d Cir. 1991)

Plantiff Walter Brooks, reallege and Incorporate by reference Paragraphs 1-7

# I

The Plantiff In his original Complaint Due to being a Layman of the Law, Neglected to adaquately state a claim, relief sought In the Format Required by Federal Civil Procedure

# II

Since Filing the complaint the Plantiff has determined the appropriate Legal claims to make regarding Case No. C-07-2615 SBA (PR) Paragraph's III, IV is amended to reflect the appropriate Legal claim, as well as, the appropriate relief sought.

## III

Defendant Sargent Haggett (Star #16) use of excessive force violated Plantiff's rights and constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution. Hudson, 503 U.S. at 7 (quoting Whitley, 475 U.S. at 321) Vaughan v. Ricketts, 859 F.2d 736, 742 (9th Cir. 1988)

## IV

Defendant Sargent Haggett's (Star #16) Remark that Plantiff is a sex offender, and that other occupants of the Holding cell should take care of him violated the Plantiff's Eighth Amendment rights and constituted Deliberate Indifference to Plantiff Walter Brooks Safty. Valandingham v. Bojorquez, 866 F.2d 1135, 1139 (9th Cir 1989)

## V

Defendant Heather Fong violated the Plantiff's Eighth Amendmend rights due to San Francisco Police Chife's decesion to leave Sargent Haggett (Star #16) in a position that allowed a known abuser of excessive force to interact with public. this Deliberate Indifference. Violated the Plantiff's rights and constituted Cruel and unusual punishment under the Eighth Amendment of the United States Constitution. Karim-Panahi v. Los Angeles Police Department, 797 F.2d 743, 747 (9th Cir. 1986) Evans, 869 F.2d at 1349; Shaw v. California Dep't of Alcoholic Beverage Control, 788 F.2d 600, 610 (9th Cir. 1986)

## VI

Defendants of the First Watch Leutenant Staff of San Francisco Police Department's deliberate Indifference to Plantiff Safty by leaving Sargent Haggett (Star # 16) In a Position to Process Arrestee's at 850 Bryant Violated the Plantiff Walter Brooks rights, and Constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution, Leatherman v. tarrant County Narcotics Intelligence & Coordination unit, 507 U.S. 163, 167-68 (1983) Lee V. Los Angeles, 250 F.3d 668, 679 (9th Cir. 2001)

## VII

Wherefore, Plantiff Walter Brooks Respectfully Prays that this Court enter Judgement granting Plaintiffs Compensatory Damages In the amount of $2,000,000 against the Defendants Jointly and Severally.

Punitive Damages In the amount of $50,000 against the defendants Independently.

Plaintiff Walter Brooks cost In this suit.

Any additional relief this Court deems Just, Proper, and equitable.

this Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178 (1962).

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on May 30, 2007

*/s/ Walter Brooks*

May 30, 2007

Respectfully submitted,

*/s/ Walter Brooks*

Walter Brooks #2306294; V-23996 (C.D.C.)
555 Seventh Street Suite 201
San Francisco, CA 94102



Walter Brooks #2306294
555 7TH Street Ste 201
S.F., CA 94102

SAN FRANCISCO CA 941
04 JUN 2007 PM 8
USA 41

U.S. District Courthouse
Clerk's Office
450 Golden Gate Ave., 16TH Floor
San Francisco, CA 94102
RE: C-07-2615 SBA (PR)

RECEIVED
07 JUN -5 PM 12: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3410243661