```
01
02  United States District Court
03  Northern District of California
04
05  Walter Brooks (Plaintiff)
06  (In  Pro. SE.)(Pro.Per.)
07       V.                              CASE No. C07 2615
                                                   SBA(PR)
08
09  San Francisco Police Chief;          MOTION FOR
10  Heather Fong;                        APPOINTMENT
11                                           OF
12  First Watch Supervising Leutenant;   Counsel
13  Staff.
14
15  Sargent Haggett (star #16).
16        Defendant's
17
18  Persuant to 28 U.S.C. § 1915(e)(1)
19  Plantiff Walter Brooks, Moves For
20  an order Appointing Counsel to
21  represent him In this Case,
22  In support of this Motion
24  Plantiff States:
23
24  1. Plantiff is unable to Afford Counsel,
25     He Has Requested Leave to
26     Proceed In Forma Pauperis.
27     28 U.S.C. § 1915(a)(2)(1996)
```

FILED
07 JUN -5 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 4

2. Plantiff Walter Brooks's, Inprisonment will greatly limit his ability to litigate. The issues in this case are complex, and will require significant research and investigation. Plantiff has limited access to Law Library due to the orentation process, reception process that takes months in California Department of Corrections and Rehabilitation. With Plantiff's limited knowledge of the law appointment of Counsel would greatly Increase his ability to present a strong substansive claim. terrell v. Brewer, 935 F.2d 1015, 1017 (9TH Cir. 1991)(Bivens action) Johnson v. California, 207 F 3d 650, 656 (9TH Cir.)2000

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plantiff Walter Brooks to present evidence and cross examine witnesses. Burns v. County of King, 883 F.2d 819, 824 (9TH Cir. 1989)(§ 1983 action)

4. Plantiff Walter Brooks, has made repeated efforts to obtain a lawyer. Attached to this motion are the Phone numbers, names, of Attorneys, and agencys I Sought to Seek Counsel.

5.  Michael M°Closkey 819 Eddy St. San Francisco, CA. 415-771-6174

   John Burris, 510-839-5200 Oakland, CA.

   American Civil Liberties Union San Francisco, CA 415-621-2488

   Lawyers For Familys With Children San Francisco, CA. 415-431-7430

WHEREFORE, Plantiff Walter Brooks request that the Court Appoint MR. Michael McCloskey, Attorney at Law, As Counseh In this Case Who is a Member of the California Bar.

Page 3 of 4

01
02
03
04
05
06
07
08  June 1, 2007
09
10
11
12  *Walter Brooks* (signature)
13  Walter Brooks
14
15
16  Walter Brooks #2306294-V-23996(C.D.C.)
17  555 Seventh Street, Suite 201
18  San Francisco, CA 94102
19
20
21
22
23
24
25
26
27
28             Page 4 of 4

Walter Brooks #2306894/V-23996 (C.D.C.R. #)
555 Seventh Street Ste. 201
S.F. CA 94102



SAN FRANCISCO CA 94
04 JUN 2007 PM
USA 41

U.S. District Courthouse
Clerk's Office
450 Golden Gate Ave., 16th Floor
San Francisco, CA, 94102
RE: C-07-2615 SBA (PR)

RECEIVED
07 JUN -5 PM 12:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA