1  Walter Brooks V-23996 (Pro Se) Case No# C-07-2615
2  San Quentin, State Prison                    SBA(PR)
3  San Quentin, CA 94974
4
5  June 8, 2007     FILED          RECEIVED
6                   JUN 13 2007    JUN 13 2007
7  Dear Magistrate, RICHARD W. WIEKING  RICHARD W. WIEKING
8       I Respectfully Request a continuence on
9  Case No# C-07-02615 SBA(PR).
10 Due to the fact that I am in the orentation
11 Process at (California Dept. of Corrections) and
12 I don't have access to the law libary to
13 litigate my claim at this time.
14      the orentation Process takes anywhere
15 From 60 to 120 days so during this time
16 I don't have the ability to Persue this
17 Matter.
18      At which time I reach General Population
19 I will notify the Court that I am in a
20 Position to Resume litigations. I Pray the
21 Court allows me the Continuence I seek.
22 Sincerely,
23 Walter Brooks
24 Walter Brooks V-23996, San Quentin, State Prison
25
26 CASE NO# C-07-02615-SBA(PR)
27
28

W. Brooks V-23996 (=Pro Se)
San Quentin, State Prison
San Quentin, CA 94974

U.S. District Courthouse
Clerk's Office; Case No# C-07-02615 SBA
450 Golden Gate Ave.; 16TH FLR (PR)
S.F. CA 94102
RE: C-07-02615-SBA (R)

[Postmark: STH BAY CA 949, 12 JUN 2007]