Walter Brooks V-23996 (Pro Se)
CASE NUM: C-07-2615 SBA (PR)
San Quentin, State Prison
San Quentin, CA 94974

June 21, 2007

FILED JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED JUN 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Mr. Wieking,

Previously I wrote to the (Clerks Office) asking for a continuance regarding case number: C 07 2615 (SBA)(PR). I did this because I thought legal mail would take as long as regular mail does here; I was mistaken.

So, I request that I be apprised of the status of case number (C 07-2615 SBA(PR)) and what requires my immediate response. Because to date since the filing of case number: C 07 2615 SBA(PR) on may 16, 2007, I have heard no information regarding the status of my complaint. Nor have I heard any news of my (motion to Amend Complaint) (motion for appointment of Counsel) I sent to your office.

So any responses please see that I recieve copy's so I can keep my case moving forward. Also I dont have the $4.30 postage for the 10X14 return envelope for the copy of civil local rules.

Thank You,

Walter Brooks (Pro Se) V-23996
Walter Brooks (Pro Se) V-23996
San Quentin, State Prison
San Quentin, CA 94974