**FILED**

JUN 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  Walter Brooks V-23996 (Pro Se) No. C07-02615 SBA (PR)
2  San Quentin, State Prison
3  San Quentin CA 94974.
4
5  June 23, 2007
6
7  Dear United States District Judge Armstrong,
8  I just recieved your order granting; In Forma
9  Pauperis Status, and Leave to File An Amended
10 Complaint.
11      However it took me (Eleven days)
12 to recieve this order, also the order stated
13 on Page #3 Lines 11-19, that I have 30 days to
14 respond to the order, and I must use attached
15 Civil Rights form.
16      The problem is I didn't recieve the
17 Civil Rights form, so this is going to effect my
18 ability to follow your order.
19      I Pray that I can be sent a Civil Rights
20 Complaint form, and the Deadline can be
21 adjusted to reflect the delays that were
22 beyond my control.
23
24 Respectfully,
25 Walter Brooks
26 Walter Brooks (Pro Se) V23996
27 San Quentin, State Prison
28 San Quentin, CA 94974
29
30 Also Your Honor,
31 All of my complaint Information won't fit the small space provided, can
32 I use a seperate sheet of Paper, In Addition to the one
33 Provided?