Walter Brooks V23996 (Prose)

ORIGINAL
FILED

JUL - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  S.Q.S.P.
2  San Quentin, CA 94974
3  Case # No. C 07-02615 SBA (PR)
4
5  Dear Madam Judge Brown-Armstrong,
6  The following is a Summery of evidence and how
7  it will support each Point of the Plantiff's claim
8  Of my Amended Complaint"
9  I. Paragraph (II) OF the Verified Complaint Describes the Sadistic
10 and malicious Abuse of Force used by Defendant Haggett, San Francisco
11 Police Dep't, Sargent. Supporting the Plantiff's Claim OF Excessive
12 Force that Amounts to Cruel and unusual Punishment under the 8th
13 Amendment of the United states Constitution. Thonson V. Lewis,
14 217, F.3d 726, 734 (9TH Cir) 2000
15 II.
16     Paragraph (II) OF the Verified Complaint Decribes the
17 Verbal Harrassment, ment to Humiliate and endanger Plantiff to
18 an unreasonabl risk of harm Aounting to Cruel and unusual
19 Punishment under 8th Amendment of the United states Constitution.
20 III.              Valandingham V. Bojoquez, 866 F.2d 1135, 1139
                                               (9th Cir 1989)
21  the Decleration By Witness (VAdim) Will State He Saw
22 Defendant Haggett San Francisco Police, Sargent Without Provocation
23 Punch and Beat Plantiff (Walter Brooks) While Handcuffed to
24 Holding Cell bench. this Will support the Plantiff's Claim of
25 Excessive Force Amounting to Cruel and unusual Punishment
26 Violating rights under the 8th Amendment of the united
27 States Constitution.
28 IV.

1
2
3
4
5  the Decleration by (Second witness) will state that
6  He Witnessed Defendant Haggett, San Francisco
7  Police, Sargent, Punch and Beat Plantiff Walter Brooks Without Provocation
8  As well as, that Defendant Haggett San Francisco
9  Police, Sargent Called Plantiff a "Child molester";
10  And that this witness Should "take care of Him",
11  Supporting Plantiff's Claim of Verbal Harassment
12  ment to Humiliate and endanger Amounting to
13  Callous deliberte Indifference, Violating Plantiff's
14  rights under the 8th Amendment of the United
15  States Constitution, Oviatt V. Pearce A 54 F. 2d 1470, 1477-78 (9th Cir 1982)
16  V.
17  Through Pre-Trial Discovery, Using Discovery tools Such
18  as, Interrogatories, Production, Depositions, and Inspection
19  Plantiff will obtain more useFull InFormation he will need
20  to Support Municiple liability Claims of Failure to Impliment
21  Early Intervention System, Failure to Impliment Disciplinary
22  Process System, Failure to Impliment Different Specialized
23  training, Failure to train adaquetly, and Failure to
24  train.
25  VI.
26  San Francisco Chronicle News Paper Article: Abuse of
27  Force; By: Susan Sword. Featuring Defendant Haggett
28  San Francisco Police, Sargent Will support Claim of Custom And
   Practice of Excessive Force by Defendant Haggett, San Francisco
   Police, Sargent Amounting to municiple custom, Creating a
   Municiple liability Violating the rights of Plantiff under the
   8th Amendment of the united States Constitution.

VII.

1 San Francisco Chronicle News-Paper Article Dated: May 31
2 2007, By. Susan Sword; Quoted: Police Commissioner
3 Veronese: As stating, the need For Early Intervention
4 Systm, Disciplinary Process systm to be needed.
5 this supports the Plantiff Claims of muncible liability.
6 that Violated Plantiff's rights under the 8th Amendment
7 of the united states Constitution, Constituting Cruel and
8 unusual Punishment to Plantiff.
9 VIII.
10      A Pichards Motion will Show the Custom and Practice
11 Pattern of the Defendent Haggett, San Francisco Police,
12 Sargent Use of Excessive force Supporting the Plantiffs
13 Claim of Cruel and unusual Punishment under the 8th
14 Amendment of the United States Constitution. Johnson V.
15 Lewis; "Supra".
16 VIIII.
17 Photo, Medical Records, Will be Used to Support the
18 Claim of Physical, mental, and emotional Injury
19 made by Plantiff Walter Brooks against Heather Fong
20 San Francisco Police, Chief etal, that amounted to rights
21 being violated under the 8th Amendment under the United
22 States Constitution, Constituting Cruel and unusual Punishments
23
24 Respectfully Submitted,
25 Walter Brooks V-23996 (Pro se)
26 Walter Brooks  V-23996 (Pro se)
27 S.Q.S.P.
28 San Quentin, CA 94974