COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name Brooks Walter (Pro se)
(Last) (First) (Initial)

Prisoner Number V-23996

Institutional Address San Quentin, State Prison San Quentin, CA 94974

ORIGINAL FILED JUL - 5 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Brooks (Pro se)
(Enter the full name of plaintiff in this action.)

vs.

Heather Fong, San Francisco Police Chief et al.
(Enter the full name of the defendant(s) in this action))

"Amended Complaint"

Case No. C 07-02615 SBA (PR)
(To be provided by the clerk of court)

"Amended Complaint"

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement ______________________

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES(✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal NoNe Available

2. First formal level Claim against city and county oF San Francisco #07024661 Filed: 3-22-07; Denied: 4-24-07.

3. Second formal level

4 Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Walter Brooks V-23996 (Pro se)
S.Q.S.P.
San Quentin, CA 94974

B. Write the full name of each defendant, his or her official position, and his or her

place of employment.

Heather Fong, Chief, San Francisco Police.

Haggett, Sargent, (SAC16) San Francisco Police.

III.

Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(I.) Upon Information and belief Defendant Heather Fong San Francisco Police, Chief et al. Municiple Policy of In-Action, Failure to Impliment Early Intervention systym, Failure to Impliment disciplinary Process systym, Failure to Impliment Different Specialized training, Failure to train, Failure to train adaquetly amounts to Deliberate Indifference to the municiple Practice and custom of Excessive Force by Defendant Haggett, San Francisco Police, Sargent Creating a Municiple liability. this Violated Walter Brooks rights and Constituted cruel and unusual Punishment under the 8TH Amendment of the united States Constitution.

(II.) the Beating, Physical abuse Plantiff Walter Brooks Suffered at the Hands of

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Wherefore, Plontiff Prays that this court enter Judgement

III. Continued: (II.)

(Defendant Haggett), San Francisco Police, Sargent Amounts to Excessive Force. this Violated Plantiff Walter Brooks rights and Constituted cruel and unusual Punishment under the 8th Amendment of the United States Constitution; On 3/3/07 Between 2AM And 4:30AM While excercising my miranda rights to remain silent. After I had been Identified by the Identix Computer by Defendant Haggett San Francisco Police, Sargent, (Haggett) Asked me "Are You a (P.A.L.) Parolee At Large"? I remain Still and Silent, Without Provocation (Haggett) Bent my right Index Finger In a awkward Position causing extreme Pain In a attempt to get me to awnser (Defendant Haggett) Question I Was recuffed and Placed back Into the Holding cell at 850 Bryant, First Floor. I Was Handcuffed to A Holding cell benc 2-3 minutes Passed And (Defendant Haggett) Walked Into the Walked directly up to me and without Provocation Stepped On my right Foot. I moved my Foot away From this Assult Remaining Still and silent (Defendant Haggett) Asked "You (P.A.L.) I remained Still and Silent without Provocation (Defendant Haggett) Punched me In the head with a closed Fist. (Defendant Haggett) Asked me again "are you P.A.L.) I remained Still and Silent and Without Provocation I was Socked to the side of the head. (Defendant Haggett) Asked "Where do You live" I remained Still and Silent and without Provocation (Defendant Haggett) Punched me In the nose, I Screamed From the Pain, and awnsered "I'm Homeless". (Defendant Haggett) Said "now that wasn't Hard, Was It" I remained still and Silent Excercising my miranda rights as the other two occupants of the Holding cell Watched In Horror at me being Beaten without Provocation.

III. Continued: (III.)

the Verbal Harassment Ment to Humiliate and endanger aman to Callous Deliberete Indifference to Plantiff Walter Brooks Safty. this Violated Plantiff Walter Brooks Rights and Constituted Cruel and unusual Punishment Under the 8tH Amendment OF the united States Constitution; On 3/3/07 Between 2-4:30 Am Still exercising my miranda rights AS (Defendant Haggett) Was leaving the Holding tank After Beating me without Provocation He Stated to me "Your A Child Molester, the lowest OF the Low" then to a Hispanic Male Detainee (Defendant Haggett) Stated "He's A Child molester the Lowest OF the Low, you Should take care OF him" In a malicious and Sadistic tone (Defendant Haggett) Pulled his head out OF the holding cell Door Secured It and left. I Said to (VADIM) "Could I get You to be a witness to What He did to me, I'm going to File A Claim/Complaint against this Dude" (VADIM) Said yes gave me His Cell Phone number.

(IV.)

Upon Information and belief on 6-8-07 Plantiff Walter Brooks Was "slapped" AS A result OF the Collous Deleberete Indifference to Plantiff Walter Brooks Safty by (Defendant Haggett) this Violated Plantiff Walter Brooks rights and Constituted Cruel and unusual Punishment under thee 8TH Amendment OF the United States Constitution; Upon Information and belief On 6/8/07 between 5Am_7Am while awaiting transfer From San Francisco to San Quentin, State Prison I Was Approached by two unknown males 1-Hispanic and 1-Afro-American the hispanic Said "Hey are you Brooks" I replied Yeah; Why?

III Continued:

(IV.)

the Hispanic male Said "Didn't the Police Say you a Child molester when You Came In"? Without Provocation befor I Could respond the Afro-American "Slapped" me hard across the Face, then Said "You better lock It UP when you get to Quentin Bitch"! So, when I arrived at San Quentin I told Sgt Salinas that I Was Attacked by two 415/Kumi Gang members and I needed to go Into Protective Custody. [See Exibit-A]

Granting Plantiffs: ComPensatory Damages, In the Amount of $300,000 Against each defendant Jointly Severally Punitive Damages In the Amount of $450,000 Against each defendant. A trial by Jury on all triable Issues by Jury. Plantiff Cost $350. Any Additional relief this Court Deems Just, Proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of June, 2007

Walter Brooks V-23996(Pro se)
(Plaintiff's signature)

(EXHIBIT A)

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE CENTRAL FILE
BLUE INMATE (2ND COPY)
GREEN ASU
CANARY WARDEN
PINK HEALTH CARE MGR
GOLDENROD INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| BROOKS | V-23996 |

**REASON(S) FOR PLACEMENT (*PART A*)**

- [X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
- [ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
- [X] ENDANGERS INSTITUTION SECURITY
- [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON (S) FOR PLACEMENT:

On Friday, June 08, 2007, you arrived from San Francisco County Jail as a Parole Violator With New Term. During your initial interview with R&R Staff, you stated you paroled from San Quentin State Prison Administrative Segregation on 02/01/07. This is not confirmed in OBIS. You stated you were the victim of an assault by KUMI/415 gang members and therefore, became a KUMI/415 Drop Out. You are being placed on Administrative Segregation status and you will remain on Administrative Segregation status pending review by Institutional Classification Committee (I.C.C.), who will determine your appropriate program and housing needs. As a result of this placement your credit earning, custody level, privilege group, and visiting status are subject to change. Correctional Lieutenant P. Erickson is ordering this Administrative Segregation Placement. It is noted that you are a participant in the Mental Health Service Delivery System at the CCCMS level of care.

CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL) [ ]  IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 6/8/2007 | P. ERICKSON | [signature] | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 6/8/2007 | 1215 | R. SALINAS | [signature] | SERGEANT |

[ ] INMATE REFUSED TO SIGN — INMATE SIGNATURE: Walter Brooks — CDC NUMBER: V23996

**ADMINISTRATIVE REVIEW (*PART B*)**

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

**STAFF ASSISTANT (SA)**

| STAFF ASSISTANT NAME | TITLE |
|---|---|
| | |

IS THIS INMATE:

| | YES | NO |
|---|---|---|
| LITERATE? | [ ] | [ ] |
| FLUENT IN ENGLISH? | [ ] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [ ] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] | [ ] |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | [ ] |

Any "NO" requires SA assignment

[ ] NOT ASSIGNED

**INVESTIGATIVE EMPLOYEE (IE)**

| INVESTIGATIVE EMPLOYEES NAME | TITLE |
|---|---|
| | |

| | YES | NO |
|---|---|---|
| EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [ ] |
| ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [ ] | [ ] |
| DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | [ ] |

Any "NO" may require IE assignment

[ ] NOT ASSIGNED

**INMATE WAIVERS**

- [ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
- [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
- [ ] NO WITNESSES REQUESTED BY INMATE

INMATE SIGNATURE | DATE

**WITNESSES REQUESTED FOR HEARING**

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC UMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY ________ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

See Chronological Classification Review document (CDC 128-G) for specific hearing information