IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROOKS WALTER,

    Plaintiff,

 v.

SAN FRANCISCO POLICE CHIEF, et al.,

    Defendants.

No. C 07-02615 SBA (PR)

**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

(Docket no. 6)

Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. In an Order dated June 12, 2007, the Court granted Plaintiff's request for leave to file an amended complaint. Before the Court is Plaintiff's request for an extension of time to file his amended complaint.

Having read and considered Plaintiff's request and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is DENIED as moot. July 12, 2007 is the original deadline to file an amended complaint, and Plaintiff filed his amended complaint on July 5, 2007. His amended complaint was timely filed; therefore, his request is DENIED as moot.

This Order terminates Docket no. 6.

IT IS SO ORDERED.

DATED: 7/16/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Brooks2615.denyEOT.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS WALTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO POLICE CHIEF et al,<br><br>　　　　Defendant. | Case Number: CV07-02615 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Brooks V-23996
California State Prison - San Quentin
San Quentin, CA 94974

Dated: July 16, 2007

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Brooks2615.denyEOT.frm