Walter Brooks V23996 (Pro Se) Case No. C-07-02615 SBA (PR)
San Quentin State Prison
San Quentin, CA 94974

July 17, 2007

**FILED**
JUL 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Honorable S. Braun-Armstrong,

I am writing this letter to Inform you, of the obstacles I am encountering, with regards to complying with (local civil rules).

First, I am borrowing paper to write and haven't been able to get to the Law Library, Since I arrived here at San Quentin on 6-8-07. As a result I have be able to send only one copy of any papers I've had to send to the Court. So its not my negligence, I just don't have the means to do more.

Secondly, I am awaiting the Decleration from (Vadim) my first witness (Vadim's) declaration will support my claim that I was assulted without prorocation, while I was handcuffed to a holding cell bench, by (Defendant Sargent Haggett). However, this Decleration was mailed to my mother (Vaginia Brooks), who Inturn will mail it to me here at San Quentin, where it takes 4-6 weeks to recieve a letter. So, I figure I should have this Decleration sometime In August. So, with the utmost respect I hope We can Continue to move forward despite the Challanges I face.

Respectfully,
Walter Brooks (Pro Se)