**FILED**

JUL 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROOKS, WALTER, (Pro Se)

v.

HEATHER FONG, San Francisco Police, Chief et al.

Case No. C-07-02615 SBA (PR)

Motion to Waive Partial Initial Filing Fee, and For Federal marshales to Serve Complaint.

1 OF 3

Walter Brooks V 23996 (Pro Se) C-07-02615 SBA (PR)
San Quentin State Prison
San Quentin, CA 94974

7-17-07

Honorable S. Brown-Armstrong,

Today I recieved a copy of your order from 6-13-2007, that (Granted my In forma Pauperis Status) and I thank you for the Privilege.

However, Since granting (IFP) Status I have only had In my trust account $11.54 Cents. At the time I Put In for Canteen, I was unaware of the fact I had been approved for (IFP) Status and would need to make a Partial Payment of $4.00. So at this Point I don't have the means by which to Pay the Initial filing fee. Taylor v. Delatoore, ___ US ___ 281 F3d 844, 850 (9TH Cir 2002) I pray that I will not be prohibited from bringing this Civil action, for reasons I don't have the assets to pay the Initial filing fee.

Respectfully Submitted,

Walter Brook V-23996 (Pro Se)

Walter Brooks V23996 (Pro Se)

2 OF 3

1  Walter Brooks V23996 -(Pro Se)
2  S.Q. SP.
3  San Quentin, CA 94974
4
5  7-17-07
6
7  Honorable, S. Brown-Armstrong,
8  I Respectfully make the request that
9  the, United States Marshal Service,
10 make Service of the Summons and Complaint
11 Numbered C-07-02615 SBA(PR) 28 U.S.C. §1915[d]
12 [Fed. R. Civ P. 4(c)(2)], Puett V. Blanford, 912 F2d 270,
13 275 (9TH Cir 1990) upon the following Defendant
14 HEATHER Fong, San Francisco Police Chief, et al
15 850 Bryant Street, San Francisco, CA. 94102
16
17 Respectfully Submitted,
18
19 Walter Brooks V-23996 -(Pro Se)
20
21 Walter Brooks V23996 (Pro Se
22
23
24
25
26
27
28          3 OF 3