Walter Brooks V23996 (Pro Se)
S.Q.S.P
San Quentin, CA 94974

**FILED**

JUL 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In THE United STATES District Court
For THE Northern District of California

Walter Brooks V23996
(Pro Se)

V.

Heather Fong, San Francisco Police, Chief
et al.

No C-07-02615 SBA (PR)
Evidence Submission
Exibit - B

Honorable Saundra Brown-Armstrong,
This Photo Shows The Injurys Sustained
By Plantiff Walter Brooks at the Hands of
Defendant Haggett, San Francisco Police, Sargent
on 3/3/07,
As I Stated
In my Complaint.

Respectfully Submitted,
Walter Brooks
Walter Brooks V23996

1 of 2

5. Walter Brooks V-23996 (Pro Se)
6. S.Q.S.P.
7. San Quentin, CA 94974

9. 7-11-07

11. Honorable, Sondra Brown-Armstrong,
12. enclosed is a (Photo) of the Injury's Plaintiff
13. (Walter Brooks) Sustained as a result of
14. the wanton attack by Defendant Haggett.
15. However the Photo Quality is so Poor,
16. that I need to direct you to detect the
17. wounds; The right side of the Head by the
18. eye is the result of the Second Blow;
19. directly above that is a swollen lump
20. on the right corner of the forehead; also
21. the Bridge of the nose; along with the
22. right eye are all damaged as a result
23. of the Sadistic and malicious, unprovoked
24. attack by Defendant Sargent Haggett, San
25. Francisco Police.
26. Respectfully Submitted,
27. Walter Brooks V-23996
28. (Pro Se)        2 of 2