Walter Brooks V23996
S.Q.S.P
San Quentin State Prison
San Quentin CA 94974
   (Pro Se)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

WALTER BROOKS-V23996 (Prose)    CASE NO. C-07-02615 SBA (PR)
V.
HEATHER FONG, San Francisco    MOTION TO SUBMIT EVIDENCE
POLICE CHIEF et al.    EXIBIT (C)

    Honorable Saundra Brown-Armstrong, Plantiff (Walter Brooks) Respectfully Request the Permission of the Court to Submitt; Newspaper Article: Susan Sward, "Officer Called a Suspected Public Danger"; 5-31-2007, San Francisco Chronicle.

    This (Exibit of Evidence) Supports the Plantiffs Claim of municiple liability, through daleberete Indifference, and a Policy of In action. Upon Information & belief, Through The Own admission of Police Commissioner Joe Veronese the need to "revisit the order It approved recently establishing an early Intervention system". This Statement Supports Plantiff allegations of Practice and Custome of excessive Force Prior to the (EIS) System being Implimented, and that It Was this Custom and Practice of Abuse of Force that necessitated the need For the System, and lack of exsposed Plantiff to Violation of Rights. Respectfully Submitted, The Forgoing is true and correct under Penalty of Perjury.

Walter Brooks V-23996 (Prose)
Walter Brooks V-23996 (Prose)
7-23-07.    1 OF 2

# SAN FRANCISCO

# Officer called a 'suspected' public danger

CASE NO: C-07-02615 SBA (PR)

EXHIBIT (C)

By Susan Sward
CHRONICLE STAFF WRITER

A San Francisco police commissioner described a North Beach officer who is the target of recent excessive force allegations as a "suspected" danger to the public Wednesday and called for his removal from street duty while the complaints are investigated.

Police Commissioner Joe Veronese's comments about Officer Jesse Serna, 41, came one week after The Chronicle wrote about four incidents in the past nine months in which citizens alleged that Serna, who works out of Central Station, used excessive force on them without any reason.

"It is incumbent upon the leadership of this de-

▶ SERNA: Page B5

THURSDAY, MAY 31, 2007                                   BAY AREA AND CALIFORNIA

# Police commissioner blasts excessive force

▶ SERNA
*From Page B1*

partment to act responsibly by removing any officer from public contact who has demonstrated or is suspected of posing a danger to the public," Veronese wrote to The Chronicle in an e-mail. "Officer Serna is suspected of posing such a threat and should be removed from public contact until such time that this concern is resolved."

At a Police Commission meeting later in the day, Veronese reiterated his call that Serna be moved off street duty while the four incidents are investigated.

The commission's newly elected president, Theresa Sparks, said after the meeting that she could not comment on "individual cases because they might come in front of us and an officer has a right to privacy under current law."

Sparks also said she hopes to put before the commission next week a resolution clarifying that it has the authority under the city's Charter to direct the Office of Citizen Complaints to investigate cases in which claims or lawsuits have not been filed or in cases in which allegations have been made by people but no complaint has been filed with the OCC.

Police Chief Heather Fong, citing privacy laws, declined to say what action, if any, the department has taken regarding Serna since The Chronicle's story appeared. Last week she said she di-

> "Officer Serna is suspected of posing (a danger to the public) and should be removed from public contact."
>
> JOE VERONESE
> *police commissioner*

rected Serna's captain to review the case and make a recommendation.

This is not the first time that Serna has found himself in the midst of controversy.

Sixteen months ago, The Chronicle published a series on the San Francisco Police Department's use of force and identified Serna as the officer who had reported using force far more often than any other officer in the 1996-2004 period studied. In that time period, Serna reported using force 57 times and injuring 31 citizens. Serna is the stepson of one of the department's highest ranking officers, Commander Stephen Tacchini.

The new episodes involving Serna, described last week by the newspaper, occurred between Aug. 20, 2006, and May 12, 2007. In all four cases citizens said Serna resorted to force without provocation, and in three of the cases they alleged he exhibited racial prejudice.

Two of these four cases have prompted lawsuits and a third involves the possibility of one against Serna, who previously had been named in three other lawsuits that cost taxpayers a total of $195,000.

Veronese also told the commission he believes it should revisit the order it approved recently establishing an early intervention system, known in the department as EIS, which will keep a computerized record of officers' conduct intended to early identify officers with problem behavior so they can be trained or counseled.

Before approving creation of the system, which the department hopes to have up and running by the end of the year, the commission agreed that none of the information stored in the system could be used for disciplinary purposes and that the disciplinary process instead will be a separate system. But Veronese told The Chronicle that if the department learns from the EIS that an officer has engaged in a pattern of dangerous conduct, "then it has an obligation to act to protect the public, including the full spectrum of disciplinary action."

Veronese also said he wanted to see the department adopt a "new aggressive" approach to investigating homicides within the city — including the addition of personnel, more training and technology to combat the problem.

Any homicide, he said, should prompt "the same the level of response" that occurs when an officer is shot.

*E-mail Susan Sward at ssward@sfchronicle.com.*



PAUL CHINN / *The Chronicle* 2004
**Officer Jesse Serna** reported using force 57 times and injuring 31 citizens during the 1996-2004 time period.