Walter Brooks V-23996
S.Q.S.P.
San Quentin, CA
94974.
(Pro Se)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Walter Brooks-V23996 (Pro Se)
V.
HEATHER FONG, San Francisco Police Chief, et al.

CASE NO. C-07-02615 SBA (PR)
MOTION TO SUBMITT
Additional Legal Claim
Decleration.

Honorable Saundra Brown Armstrong,
    Plantiff Walter Brooks respectfully Request Permission to Submit the Following Legal claim. In addition, and In Conjunction With the Plantiff's Amended Complaint, Filed 7-5-07.
    On 3/3/07,
Upon Information and belief, the Beating and Verbal Harassment ment to Humiliate and endanger, San Francisco Police Officals exsposed Plaintiff Walter Brooks to amounts to Wanton Punishment, Presenting A Breech of Duty to Protect A Pre-Trial Detainee From Punishment and attack. this Violated Plantiff Walter Brooks Due Process Rights under the 5TH Amendment of the United States Constitution.

I Declair under Penalty of Purjury, the Foregoing is True, and Correct.
*Walter Brooks* V-23996 (Pro Se)
Walter Brooks V-23996 (Pro Se)
7-22-07



Honorable S. Brown-Armstrong
U.S. District Courthouse Clerksoffice
450 Golden Gate Ave., 16 Floor 7TH
S.F. CA. 94102
RE: C-07-02615 SBA(PR)

Mr. Mark Brown V. 23696
S.Q.S.P.
San Quentin CA 94974
(Pro Se)