Walter Brooks V23996
S.Q.S.P.
San Quentin, CA 94974
(Pro Se)
CASE NO. C-07-02615 SBA (PR)

**FILED**

AUG 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 4, 2007

Honorable S. Brown-Armstrong,

I am writing this letter as a follow-up to my (Amended-Complaint) filed 7-5-07.

At this time I am respectfully requesting to know, if the Defendants (HEATHER FONG, San Francisco Police, Chief et al.) have been Served the Complaint, and Summons? If they have been Served, could I find out the (Date of Service). However, if Defendants haven't been served, could you let me know if it's a matter of (Process), or Something that I need to do, that for reason's that are beyond me, I have failed to do.

My Concerns are grounded in the fact Defendants have a (twenty-day) response window that I want to make Sure they adhere to this guideline. While I, as the Plaintiff, have a (One Hundred-twenty) day window to make sure that the Defendant's are Served the (Complaint & Summons).

So, I respectfully request to know where I am in this Process, and what if anything I need to do to keep this matter moving forward.

Respectfully Submitted,
Walter Brooks V23996/2C15
Walter Brooks V23996/2C15
C-07-02615 SBA (PR)

1 OF 1

Walter Brooks V23996-2.C-15
San Quentin, State Prison
San Quentin, CA 94974
(Pro Se)



$00.410
08/06/2007
Mailed From 94964
US POSTAGE

Honorable Saundra Brown-Armstrong
United States District Court Clerks office
450 Golden Gate Ave. 16TH Floor
San Francisco, CA 94102

RE: C-07-02615-SBA(PR)