Case No # C-07-02615 SBA (PR)
Walter Brooks, V-23996 (Pro Se)
San Quentin, State Prison
San Quentin, CA. 94974

August 13, 2007

Dear Ms. Clark,

I am writing this letter to inquire, what at this point, I need to do, to keep Case no # C-07-02615 SBA (PR) moving forward.

I don't have the means for the (Partial Payment) as I stated in prior letter's, as well as, the motion I filed to address the issue with the Court.

So I need to know what, if anything, I can do to get the Defendants served in my case, so it can proceed.

Respectfully,
Walter Brooks V23996 (Pro Se)
Walter Brooks V23996