W. Brooks V23996
S.Q.S.P.
San Quentin, CA 94974
(Pro Se)

RECEIVED
07 AUG 16 PM 2:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[NSF SAN QUENTIN STATE PRISON stamp]

U.S. District Court, Clerks Office
Lisa R. Clark, Deputy Clerk
450 Golden Gate Ave, FIR.16TH
S.F., CA 94102
Re: C-07-02615 SBA (PR)




Hasler
US POSTAGE $00.41⁰
Mailed From 94964
08/14/2007
012H162127O3