Walter Brooks V23996
S.Q.S.P.
San Quentin CA 94974
Case No# C-07-02615 SBA (PR).
(Pro Se)

8-19-07

Dear Ms Clark,

today I recieved a (Docket Report), and I am confused regarding the line between # 14-15, where it say's (Motions terminated). What motions have been terminated? and what is the reason, the defendants have not been served? Futhermore, I sent In a motion requesting Initial Partial Payment be waived, and I Pray that the defendants can be served by U.S. marshals at the earliest possible date. Yet the defendants still havn't been served. Could you let me know what I can do If anything to get Defendants Served in this matter, bearing In mind I have a 120 day window to do It In, that is ticking Away.

Respectfully
Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974.

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           ITAS TRUST ACCOUNT DISPLAY

------  ------ ACCOUNT INFORMATION  --------------  ------ SPECIAL ITEMS -------

ACCOUNT NUMBER:   V23996
   ACCOUNT NAME:  BROOKS, WALTER
   ACCOUNT TYPE:  I
CURRENT BALANCE:       0.14
   HOLD BALANCE:       0.00
 ENCUM. BALANCE:       0.00
      AVAILABLE:       0.14
PRIVILEGE GROUP:  U
   LAST CANTEEN:  06/18/2007
-------------------------- ACCOUNT TRANSACTIONS ------------------------TS210CA
  DATE    TRAN    AMOUNT    DESCRIPTION      CHECK NUM    COMMENT       BALANCE
--------  ----  -----------  ---------------  ----------  -----------   -------
11/21/06  W536       0.43-  COPAY CHARGE                   1961/NOV07    0.00
12/18/06  FR01       0.10   CANTEEN RETURN                 602154        0.10
12/27/06  W502       0.10-  POSTAGE CHARGE                 2323POSTAG    0.00
06/13/07  DD31      11.34   CHECK DEPOSIT O                4280/R&R     11.34
06/18/07  FC03      11.34-  DRAW-FAC 3                     4361LCKUP3    0.00
07/16/07  FR01       0.14   CANTEEN RETURN                 700176        0.14
PAGE#       1 OF    2 PAGES
```

Court Clerk,

this is a current account activity display, to support Plantiff claim of continued paupis status.

Respectfully submitted,

Walter Brooks V23996
S.Q.S.P.
San Quentin, CA 94974
(Pro se)

Case No:
C-07 02615 SBA (PR)

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION ---------------  ------ SPECIAL ITEMS -------

   ACCOUNT NUMBER: V23996
     ACCOUNT NAME: BROOKS, WALTER
     ACCOUNT TYPE: I
  CURRENT BALANCE:      0.14
     HOLD BALANCE:      0.00
    ENCUM. BALANCE:     0.00
        AVAILABLE:      0.14
   PRIVILEGE GROUP: U
      LAST CANTEEN: 06/18/2007

--------- HOUSING LOCATION ---------         --------- ARRIVAL INFORMATION ----------

         FACILITY: SQ    RC              ARRIVAL DATE:   06/08/2007
  BED/CELL NUMBER: C 2 00000000015S      ARRIVAL STATUS: PVWNT
                                         FROM LOCATION:  SF
                                         ARRIVAL COMMENT:

TS210BA                  BEGINNING DATE FOR TRANSACTION DISPLAY:    /  /
```