W. Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974



RECEIVED
AUG 22 PM 2:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SBA

U.S. District Court Clerks Office
Ms. Lisa Clark
450 Golden Gate, 16TH floor
S.F. CA. 94102
RE: C-07-02615-SBA (PR)



Hasler
012H16212703
$00.41⁰
Mailed From 08/21/2007 94964
US POSTAGE