Walter Brooks V23996
S.Q.S.P.
S.Q., CA. 94974
(Pro se)

FILED
AUG 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  United States District Court
2  For the Northern District of California
3
4  Walter Brooks V23996 (Pro se)        : CASE NO# C-07-02615
5       V.                               :                SBA
6  Heather Fong, San Francisco Police   :                (PR)
7  Chief, et al.                        : Motion Requesting
8                                       : Service of Defendant
9                                         By U.S. Marshal SVC

10  Honorable, S. Brown-Armstrong,
11  Plaintiff (Walter Brooks), Humbly request
12  that the, United States Marshal Service,
13  effectuate service on Defendants, Heather
14  Fong, San Francisco Police Chief, et al, At 850
15  Bryant Street, San Francisco, CA. 94102. In
16  accordance to Fed. Rule. Civ. P. 4(c)(2).
17  Puett V. Blanford, 912 F.2d 270, 275 (9TH cir 1990);
18  Walker V. Summer, 14 F.3d 1415, 1422 (9th cir 1994);
19  Terrell V. Brewer, 935 F.2d 1015, 1018 n.4 (9th
20  Cir 1991).
21
22  Respectfully Submitted,
23  Walter Brooks V23996
24  8-22-07              (Pro-Se)
25
26
27
28

Walter Brooks V23996
S.R.S.P.
S.Q., CA. 94974
(Pro se)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Walter Brooks V23996 (Pro se)

v.

HEATHER Fong San Francisco Police Chief, et al.

CASE N# C07 02615 SBA (PR)

Summons

TO The Above-NAMED Defendants:

You are hereby Summoned and required to serve upon Plaintiff, whose Address is San Quentin State Prison, San Quentin, CA. 94974 an answer to the Complaint which is herewith served upon you, within 20 days after Service, or thereof 60 days if the U.S. Government or officer/agent is a defendant. If you fail to do so, Judgement by default will be taken against you for the relief demanded in the Complaint.

Clerk of the Court

Date: _____



W. Brooks V23996 (pro se)
S.Q.S.P.
San Quentin, CA 94974

NORTH BAY CA 949
24 AUG 2007 PM 3 L

U.S. District Court - Clerks Off.
450 Golden Gate 16TH F/loor
S.F., CA. 94102
RE: C-07-02615-SBA (PR)

94102+4881