Walter Brooks V 23996
San Quentin, State Prison
Son Quentin, CA 94974
(Pro Se)

FILED

SEP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

U.S. District Court
CAliFornia Northern District

1  Walter Brooks V23996
2       (Pro Se)
3           V.
4
5
6  Heather Fong, San Francisco Police,
7  Chief et al.
8
9           Case No# C-07-0265 SBA(pr)
10          Motion Requesting
11          "Good Cause" rule
12          Be Applied For Failure
13          to Effectuate service,
14          According to Fed. R. Civ. P.
15          4(m).
16
17
18
19
20
21
22
23
24
25
26
27
28

Walter Brooks V23996
San Quentin, State Prison
San Quentin, CA 94974
Case no# C-07-02615 SBA (PR).
   (Pro Se)

01
02 Sept 10, 2008.
03
04 Honorable, Saundra-Brown Armstrong,
05    I am writing this letter because I am
06 Concerned about my Case proceeding. I know
07 the (120 day Deadline for Service on Defendants
08 Fed. R. Civ. P. 4(m))$^2$ is Imminent.
09    However, I want to reserve my rights to
10 litigate my Complaint, and not have it dis-
11 missed without prejudice for failure to effectuate
12 Service. As Court Docket Report will show I have
13 provided without fail all I was required according
14 to Fed. R. Civ. P. 4(c)(2), In compliance with (28
15 U.S.C. §1915(d); Puett V. Blanford, 912 F.2d 270, 275(9th.cir 19
16 Walker V. Summer, 14 F.3d 1415, 1422 (9TH Cir 1994);
17 Terrell V. Brewer, 935 F.2d 1015, 1018 n.4(9Cir. 1991)
18    So, Since the Plaintiff has met the Conditions of
19 "Good Cause" within the meaning of (Fed. R. Civ. P. 4(m)
20 I humbly request this rule be applied to Case
21 no# C-07-02615 SBA(PR), at the Point that the
22 Court deems, Just and Proper.
23
24 Respectfully,
25
26 Walter Brooks V23996 (Pro Se)
27
28

Walter Brown V25996
S.Q.S.P.
San Quentin, CA 94974
(Pro Se)

US POSTAGE
$00.410
09/12/2007
Mailed From 94954
Hasler

United States District Court, Clerk
Honorable, S. Brown-Armstrong
450 Golden Gate Ave. 16TH Floor
San Francisco, CA 94102

RE: C-07-02615 SBA (PR)

NSF
SAN QUENTIN
NO STATE PRISON