Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974
Re: C07-02615-SBA(PR)

**FILED**
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Oct 24, 2007

Honorable, Saundra Brown-Armstrong,
I am writing this letter, to Inquire into the Status of, civil complaint # C-07-02615-SBA(PR). Walter Brooks v. H. Fong, et al.

Also, to Inform the Court, that due to my present Incarceration, and lack of assistance of counsel, I am unable to obtain declerations from witnesses to Plantiff Walter Brooks Civil rights being violated. However, the witnesses do exist, and I assure the Court, that in the event, I am continueing to have difficulty, obtaining these declarations while Incarcerated, I will secure them, upon my release from State Prison, that's schuduled for (March, 2008)

So, I humbly request the Courts, Indulgence and tolerence while allowing the Plantiff to work these matters out.

Respectfully,
Walter Brooks V23996 (Pro Se)
Re: C-07-02615-SBA(PR)

Walter Brocco V23996
San Quentin State Prison
San Quentin, CA 94974

Honorable Saundra Brown-Armstrong
United States Northern District Court Clerk of
450 Golden Gate Ave. 7th
San Francisco, CA 94102 16 Floor, Clerks Office

Re: C-07-02615-SBA(PR)