S.Q.S.P.

_____, _____, ___ 94974

DEC -5 PM 2:4
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: C 07- 02615 SBA (PR)

**FILED**

DEC - 5 2007 c 4, 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Honorable, _____ _____ _____,
I am writing _____ _____ ___ ___
about the $ 4.00 Partial Filing Fee that
I ____ mailed to your office regarding
Case # C - 07- 02615 SBA (PR). I hope
____ _____ ___ __ __ _____ that the
Money ____ _____ _____.

__ __ ___ ___ __ _____ ___ with ___
_____ ____ ___ _____ ____. I have written
Many ___ that _____ _____ ___ my
right of ability to ___ the _____
Library here at S.Q.. I moved to
_____ _____ unit for "writing, I
~~made it~~ (1) time to the law library. I have
been on the Special Program Unit for 2 months
and I ____'t go to the law library. So I'm
__ _____ _____ __ ___ at ___ _____ __
____ I opportunity to _____ ___ ___
ability to reject my complaint. Enclosing,
_____ _____ ____ ___ I the court allow
for my _____ date of 3-27-08 _____ ___ __
___ _____ _____ ___ from within the community.

Respectfully,
_____ _____ _____

