Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974

FILED
DEC - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dec 4, 2007

Re: C-07-02615 SBA (PR)

Dear Honorable, Saundra Brown-Armstrong,

I am writing this letter to inquire about the $4.00 Partial Filing Fee that I had mailed to your office regarding Case #C-07-02615 SBA (PR). I have not recieved any notification that the money has been recieved.

I am also concerned with the status of my complaint. I have written many letters, that have stressed my lack of ability to get to the law library here at S.Q.. I was in the Administrative-Segration unit for 4 months, I made it (1) time to the law library. I have been in the Special Program unit for 2 months and I haven't been to the law library. So in the 6 months I've been at San Quentin I have had 1 oppurtunity to get to the law library. This is seriously impairing my ability to litigate my complaint. Enclosing, I respectfully request that the Court allow for my release date of 3-27-08 to arrive so I can litigate my complaint from within the community.

Respectfully,
Walter Brooks V23996

