Walter Brooks V23996
San Quentin, CA 94974

United States District Court
For The
Northern District of California

Brooks, Walter (Pro Se)
Plaintiff,

V.

Heather Fong,
San Francisco Police Chief,
et al.
Defendant,

FILED
DEC -7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CV-07-02615 SBA PR
Motion To Submitt Exibit
(F.)

Honorable Saundra Brown-Armstrong

Plantiff Walter Brooks (Pro Se), Respectfully Request Permission of the Court to Submitt: San Francisco Police Department Incident Report, Narritive #070223317 Dated 3-3-07 As exibit (F.) In Case No: CV-07-02615 SBA (PR)

The Above listed report supports Plantiff's Claim that the Plantiff's Assult was not related to A Penological Objective Legitimately, according to San Francisco Police Department "Use of Force Policy."

Therefore Plantiff Respectfully Submitts San Francisco Police Department Incident Report No: 070223317 as Exibit: (F.) In Case No: CV-07-02615 SBA(PR).

Respectfully Submitted,
Walter Brooks V23996
Walter Brooks V23996

December 6, 2007

# San Francisco Police Department
## INCIDENT REPORT

**070223317**

Report Type: Initial

## INCIDENT

| Incident Number | Occurrence from Date/Time | Occurrence to Date/Time | Reported Date/Time | CAD Number |
|---|---|---|---|---|
| 070-223-317 | 03/03/07 01:30 | 03/03/07 01:40 | 03/03/07 01:40 | 070620356 |

**Type of Incident:** Burglary, Vehicle (Arrest made) -05014, Stolen Property, Possession with Knowledge, Receiving -11010A, Controlled Substance Offense -16660

**Location of Occurrence:** 481 Minna St
**At Intersection with/Premise type:** Street, (Not Sidewalk)

| Confidential Report? ☐ | Arrest Made? ☑ | Suspect Known? ☑ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Reporting Unit 3B15E |

**Location Sent:** Same

| How Cleared? 6 | Reported to Bureau | Name | Star | Date/Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |

## OFFICER DECLARATION

I declare under penalty of perjury, this report of 8 pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.

PROP 115 CERTIFIED    POST TRAINING    Signature: _____ #266

| Reporting Officer | Star | Station | Watch | Date |
|---|---|---|---|---|
| Lee, Kevin | 266 | Southern Station | 2100-0700 | 03/03/07 07:45:27 |
| Reviewing Officer: Sgt. Randy A. Caturay #372 | | Southern Station | 2100-0700 | 3-3-07 |
| OIC: Lt. Mike Cleary 672 | | Southern Station | 2100-0700 | 3-3-07 |

| Related Case | Related Case | Re-Assigned to | Assigned to 5C200 | Assigned by KL/266 |
| | | Copies to 5C200 5E200 5N200 | Add'l Copies | |

## R/WITNESS 1

| Code R/W 1 | Name (Last, First Middle): Gilbert, Daniel | Alias: ALEXANDER, THOMAS |

| Day Phone (415) 420-1559 | Type Work | Home Address Refused | City | State | Zip Code |
| Night Phone (510) 206-9499 | Type | Work Address 457 Minna St | City San Francisco | State CA | Zip Code 94103- |

| DOB 02/03/77 | Age 30 | DOB Unk. ☐ | or age between: and | Race W | Sex M | Height 5'11 | Weight 185 | Hair Color BLN | Eye Color BLU | ID Type DL | Jurisd. CA | ID No. D3996073 |

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject Stranger/None |

| School (if Juvenile) | Injury/Treatment None | Other Information/If Interpreter Needed Specify Language No email |

## BOOKED 1

| Code B 1 | Name (Last, First Middle): Brooks, Walter | ALIAS |

| Day Phone Refused | Type | Home Address No Local | City | State | Zip Code |
| Night Phone Refused | Type | Work Address Refused | City | State | Zip Code |

| DOB Unknown ☐ | Date of Birth 06/22/66 | Age 40 | or age between and | Race B | Sex M | Height 5'06 | Weight 155 | Hair Color BLK | Eye Color BRO |

| SFNO 406917 | J/D# (if Juvi.) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |

| Book Section #1 N/W 459PC | Book Section #2 N/W 496PC | Book Section #3 N/W 11350(a)H&S 148.9 PC | Book Section #4 | Book Section #5 | Booking Location SFSO County Jail #9 |

| Warrant # 2070255062 | Court # | Action # | Dept | Enroute to CDC | CWB Check Lomeda | Star 6221 |

| Warrant Violation(s) Parole Violation | Bail NO BAIL | Mirandized ☐ | Star | Date | Time | Statement ☐ |

| Citation # | Violation(s) | | | Appear Date/Time | Location of Appearance |

| Book/Cite Approval Sgt. Guiterrez | Star 1509 | Mass Arrest Code | M X-Rays ☐ | School (if Juvenile) | ☐ CA Form Booked Copy Attached |

**Other Information:** Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description; Scars, Marks, Tatoos
LSW: Black sweatshirt, blue jeans, white shoes

**070223317**

San Francisco Police Department
NARRATIVE

On 03/03/07 at approximately 0140 hours, FTO Sherry #4178 and I were dispatched to Minna and 6th St regarding an auto boost. Dispatch advised us that a black male adult was breaking into a white colored Ford Mustang.

Upon our arrival, I saw a white Mustang (B) vehicle parked near 481 Minna St with a person inside the car. FTO Sherry and I immediately ordered the man, later identified at Southern Station as (B1) Brooks, out of the vehicle. I detained and conducted a pat search of Brooks for my safety and was unable to locate any weapons. I asked Brooks for his name and birth date and Brooks told me his name was Thomas Alexander, with a birth date of 07/22/1966. With the information Brooks provided to me, I was not able to verify his identity. I asked Brooks if the vehicle was his and he said,"No, I was only inside the car, but the car wasn't locked".

I met with (R/W1) Gilbert who was inside a building, adjacent from the incident. Gilbert told me he was looking outside his window and saw Brooks and two other (S1) unknown and (S2) unknown males loitering around vehicles on Minna St between Mary and 6th St. Brooks then walked up next to the Mustang. Gilbert saw Brooks tampering with the vehicle's passenger side window with an unknown instrument or device. Gilbert then heard a loud "bang" which alarmed him therefore he called the police. Gilbert stated he never lost sight of Brooks until he saw the police arrive and placed Brooks into handcuffs. Gilbert provided me with a written (E2) statement. I gave Gilbert a SFPD 105 form and advised him regarding follow up procedures.

During our initial investigation, we observed that there was no broken windows on the vehicle. We did observe an antennae laying on the street next to the vehicle's passenger side door. I noticed the vehicle's antennae was broken and missing. Based of our observation, we believe the antennae was used to hit the automatic lock system, which was just below the passenger side window. I tooked (E1) photos of the interior and exterior of the vehicle.

3B14E, Officer Guzman #1119 and FTO Bertrand #414 responded to the scene to assist us. Officer Guzman conducted an arrest search on Brooks and found (S/R1) to (S/R9) and (E4) suspected rock base cocaine on Brooks. Officer Guzman gave me (S/R1) to (S/R9) and (E4) suspected rock base cocaine.

I left a SFPD 105 follow up form with the assigned case number and a note for the registered owner on the Mustang to contact me when they return.

FTO Sherry and I transported Brooks to Southern Station. At the station, I was able to identify Brooks using the AFIS PID and SFPD mugshot systems. I conducted a criminal record check on Brooks and the results revealed a no bail warrant (W#2070255062, Parole Violation). I contacted CWB and spoke to Lomeda #6221 and she confirmed the warrant.

During our investigation at the station, (R/V1) Corsino, T. and (R/V2) Corsino, A. arrived at Southern Station and told us they received the SFPD 105 form and when they returned to the vehicle. I told Corsino, T. and Corsino, A. that we have property recovered from Brooks that may belong to them. Corsino, T. identified the property and confirmed (S/R1) to (S/R9) was stolen from the vehicle which belonged to her.

I then spoke to Sgt. Gutierrez #1509 who approved the above listed charges. Brooks was booked at SFSO County Jail #9.

I booked (E1) digital image disk, (E2) Statement, (E3) property receipt at Southern Station. I

obtained a lab number (#07(_)749) for the (E4) suspected rock base cocaine. I hand delivered the (E4) suspected rock base cocaine at the narcotics drop box, located at 850 Bryant St.