Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA. 94974

SAN QUENTIN STATE PRISON NSF

Re: CV-07-02615 SBA (PR)

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate, Ave 16th Floor
San Francisco, CA 94102

94102#3102 C027

UNITED STATES POSTAGE
02 1M
0004248283
MAILED FROM ZIP CODE 94964
$ 00.41⁰
DEC 06 2007
PITNEY BOWES