Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974

NSF SAN QUENTIN STATE PRISON

Re: C-07-02615 SBA (PR)

Office of the Clerk
Northern District of California
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102