

Walter Brooks V22996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave., 16TH Floor
San Francisco, CA 94102

C.07-02615 SBA (PR)