Walter Brooks V23996 (Pro-Se)
S.Q.S.P.
San Quentin, CA 94974
Re: CV-07-02615 SBA (PR).

1-29-08

FILED
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Honorable, S. Brown-Armstrong,

I am writing to enquire about weather the Court recieved Exhibits: (D-F) I submitted to the Court sometime ago. Furthermoore I had the $4.00 Partial Payment sent to the Clerks office with my case number on the Payment, and I haven't recieved any notification upon the recipt of those funds. I respectfully request any follow-up You can provide on these matters.

Respectfully Requested,
Walter Brooks V23996
Walter Brooks V23996



Honorable Saundra Brown Armstrong
United States District Court
Court Clerks office 16TH Floor
450 Golden Gate Ave.
S. F. CA. 94102

W. Brooks V23996
S Q S P.
San Quentin CA 94974

