Walter Brooks (Pro Se)     Re: C 07-2615 SBA (PR)
1399 Hudson Street
San Francisco, CA           Walter Brooks v. San Francisco
94124                       Police Chief Heather Fong et al.

March 18, 2008

FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Honorable Judge Armstrong,
On March 27, 2008 I will be released from San Quentin State Prison.
Due to the fact of my imminent release, I am providing the court with my forwarding address so I can continue to litigate my case. I respectfully request that all communication be sent addressed as follows:

Gwen Sacco c/o Walter Brooks
1399 Hudson Street
San Francisco, CA 94124

Respectfully Requested,

Walter Brooks (Pro Se)
Walter Brooks

C.C.: San Francisco County Counsels Office.
       875 Stevenson Street, Room 440, S.F. CA 94103

1 OF 1