# United States District Court
# For the Northern District of California

Walter Brooks (Pro Se)
Plantiff

v.

San Francisco Police Chief
Heather Fong et al.
Defendant

08 MAR 27 PM 1:29

Case No# C07 2615 SBA (PR)

Motion For Change
of Address

Plantiff Walter Brooks Humbly notifys the court of a change of Address to the following:

Walter Brooks
P.O. Box 30012
Oakland CA 94602

Phone Number:
415-724-5060

Respectfully submitted,

*Walter Brooks*

Walter Brooks

3-27-08