1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
4 Fox Plaza
1390 Market Street, 6th Floor
5 San Francisco, California 94102-5408
Telephone:     (415) 554-3896
6 Facsimile:      (415) 554-3837
E-Mail:         Meghan.Higgins@sfgov.org

Attorneys for Defendant
SERGEANT JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION; DECLARATION OF MEGHAN K. HIGGINS IN SUPPORT THEREOF |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | |
| Defendant. | Hearing Judge:     Hon. S. B. Armstrong<br>Place:     Courtroom 3, 3rd Floor |
| | Fed. R. Civ. P. 6(d)<br>Civil L. R. 7-10 |
| | Date Action Filed:     January 10, 2007<br>Trial Date:     Not Set |

TO PRO SE PLAINTIFF WALTER BROOKS:

NOTICE IS HEREBY GIVEN THAT on May 27, 2008, or as soon thereafter as the matter may be heard in the above-entitled Court, located Courtroom 3, 3rd Floor, at 1301 Clay Street, Suite

1  400 S, Oakland, Defendant Haggett will and hereby does move the Court for an order enlarging the
2  time for filing a motion for summary judgment in this case by sixty days, to August 1, 2008.

3  Federal Rule of Civil Procedure 6(d) permits defendant to seek an ex parte order enlarging
4  time, and defendant has good cause for requesting such relief. Defendant Haggett was served with
5  the Complaint on April 16, 2008. *See* Declaration of Meghan K. Higgins ("Higgins Decl.") (attached
6  hereto) ¶ 2. The Court's order of service, dated March 5, 2008, directed Defendant to file a motion
7  for summary judgment within 30 days of service of the complaint. *Id*. ¶ 4. Under the terms of the
8  Court's Order, Ms. Higgins is required to file a dispositive motion by June 2, 2008. *Id*. ¶ 4. Ms.
9  Higgins has determined that filing a dispositive motion may be appropriate, but that it will take at
10 least two months for defendant to prepare to file a dispositive motion. *Id*. ¶¶ 5, 6.

11 Because this Court has ordered that defendant file a dispositive motion on or before June 2,
12 2008, defendant is seeking an enlargement of time through the accompanying "Defendant's Motion
13 for Enlargement of Time to File a Dispositive Motion." *Id*. ¶ 7. The motion for enlargement of time
14 must be heard on shortened time because there is insufficient time before the Court's June 2 deadline
15 to file a noticed motion. *Id*. As a practical matter, therefore, for defendant to be able to file a
16 developed dispositive motion, defendant must be granted ex parte relief.

17 Defendant's counsel attempted to reach Plaintiff by telephone on April 16, 2008, by calling
18 Plaintiff on the number listed with the Court. *Id*. ¶ 8. Plaintiff did not answer and Ms. Higgins left a
19 message requesting an extension and asking Plaintiff to return her call. *Id*. Plaintiff has not yet
20 responded to Ms. Higgins' telephone message. *Id*.

1  DATED: May 21, 2008

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy

                          By: /s/_____
                              MEGHAN K. HIGGINS
                              Deputy City Attorney

                              Attorneys for Defendant Sergeant John Haggett

# DECLARATION OF MEGHAN K. HIGGINS

I, Meghan K. Higgins, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco. I am counsel of record for the San Francisco Sheriff's Department in this case. Unless otherwise indicated, I have personal knowledge of the facts set forth below.

2. The complaint and summons were served on Defendant Haggett on April 16, 2008.

3. Defendant Haggett answered the complaint on May 6, 2008.

4. The Court's Order of Service, dated March 5, 2008, ordered defendant to file a dispositive motion within thirty days of service of the complaint. Accordingly, the deadline for such a motion is currently June 2, 2008.

5. I have formed the preliminary opinion that this case may be resolved by a dispositive motion once I have gathered information on the plaintiff's claim.

6. However, I need to acquire more information by obtaining copies of plaintiff's arrest records and other documents and interviewing possible witnesses. It will also likely be necessary to obtain declarations from defendant Haggett and other witnesses to the incident. I anticipate that it will take at least 2 months to prepare a dispositive motion in this case.

7. Because this Court has ordered that defendant file a dispositive motion on or before June 2, 2008, defendant is seeking an enlargement of time through the accompanying "Defendant Haggett's Motion for Enlargement of Time to File a Dispositive Motion." The motion for enlargement of time must be heard on shortened time because there is insufficient time before the Court's June 2, 2008 deadline to file a noticed motion.

8. On May 16, 2008 I called plaintiff at the telephone number he provided. I left him a message explaining that I represent Defendant Haggett and requesting a sixty day extension to file a dispositive motion. I asked him to return my call. I have not received a response from Plaintiff.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed May 21, 2008 at San Francisco, California.

1    /s/_____ _____
2                MEGHAN K. HIGGINS

## PROOF OF SERVICE

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On May 21, 2008, I served the following document(s):

**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION; DECLARATION OF MEGHAN K. HIGGINS IN SUPPORT THEREOF**

on the following persons at the locations specified:

Oscar Betancourt
3173 26th Street
San Francisco, CA 94103
Telephone (415) 643-5155

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or ☐ **will be filed separately with the court.**

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report ☐ is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 21, 2007, at San Francisco, California.

/s/
ANNA BURCIAGA

**Ex Parte Application to Shorten Time, Brooks v. Haggett**
**C07-02615 SBA (PR)**

6

n:\lit\li2008\081050\00486222.doc