1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       Meghan.Higgins@sfgov.org

Attorneys for Defendant
SERGEANT JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION AND MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | Hearing Judge:   Hon. S. B. Armstrong<br>Place:           Courtroom 3, 3rd Floor |
| Defendant. | Date Action filed:   January 10, 2007<br>Trial Date:          Not set |

TO ALL PARTIES:

Having considered Defendant's Ex Parte Application For An Order Shortening Time To Hear Motion For Enlargement Of Time To File Dispositive Motion and supporting papers, and Defendant's Motion For Enlargement Of Time To File Dispositive Motion and supporting papers, IT IS HEREBY ORDERED THAT:

Defendant's ex parte application is GRANTED; and

1    Defendant's motion is GRANTED.  Accordingly, dispositive motions in these cases must be
2 filed on or before August 1, 2008.
3 Dated:

```
                              By:_____
                                    SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT JUDGE
```

**PROOF OF SERVICE**

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On May 21, 2008, I served the following document(s):

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION AND MOTION FOR ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTION

on the following persons at the locations specified:

Oscar Betancourt
3173 26th Street
San Francisco, CA 94103
Telephone (415) 643-5155

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number Fax #' to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** ☐ **is attached** or ☐ **will be filed separately with the court**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 21, 2008, at San Francisco, California.

/s/
ANNA BURCIAGA