Walter Brooks V23996
S.Q. CA 94974

FILED

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Walter Brooks (Pro se)

V.

Heather Fong, San Francisco Police Chief,
et al

Case # CV07 2615 SBA (PR)

Motion to update
address.

Honorable S. Brown-Armstrong,

I am writing to update my address and request a current docket report and copies of any Judgments issued after the order of service on Sgt J. Haggett #16. regarding Case # CV 07 2615 SBA (PR). my current address is:

Walter Brooks V23996
S.Q.S.P.
San Quentin, CA 94974

Respectfully Submitted.
Walter Brooks (Pro se)

5-20-07

C.C.: City Attorney of SanFrancisco County;
Case File.

1 OF 1

Walter Brooks

V.

Heather Fong San Francisco Police Chief;
et al.

CASE# CV-07-2615SBA(PR)
Motion To Update
Address.

Honorable S. Brown armstrong,
I am writing to update my address and
request a current Docket Report for case
CV-07- 2615 SBA (PR) Walter Brooks V. Heather
Fong San Francisco Police Chief et al. current
address is: Walter Brooks V23996
San Quentin, State Prison
San Quentin CA.
94974

I respectfully submitt the above changes and
Inquires,

Walter Brooks V23996 (Prose)

C.C.: U.S. District Cort Northern District of California.

1 OF 1





W. Brooks V73996 (Pro se)
S.Q.S.P.
San Quentin, CA 94974

RECEIVED
MAY 2 . 2008

Honorable S. Brown Armstrong
U.S. District Court Clerks Office
16TH Floor
450 Golden Gate
S.F. CA 94102

941023-3661  C0004

Re: CV.07.2615 SBA (PR)