Walter Brooks V23996
S.Q.S.P.
S.Q. CA 94974

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Walter Brooks (Pro Se)

V.

Heather Fong, San Francisco Police Chief, et al

Case # CV07 2615 SBA (PR)

Motion to update address.

Honorable S. Brown-Armstrong,

I am writing to update my address and request a current Docket report and copies of any Judgements issued after the order of service on Sgt J. Haggett #16. regarding Case # CV 07 2615 SBA (PR). My current address is:

Walter Brooks V23996
S.Q.S.P.
San Quentin, CA 94974

37*

Respectfully Submitted,
Walter Brooks (Pro Se)

5-20-07

C.C.: City Attorney of San Francisco Cont.;
Case File.

1 of 1