

CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

MEGHAN K. HIGGINS
Deputy City Attorney

DIRECT DIAL: (415) 554-3896
E-MAIL: meghan.higgins@sfgov.org

May 30, 2008

The Honorable Saundra B. Armstrong
United States District Court for the Northern District of California
Courtroom 3, 3rd Floor
1301 Clay Street, Suite 400 S
Oakland, CA 94162-5212

    Re:    *Brooks v. Haggett*, C 07-02615 SBA (PR)

Dear Judge Armstrong:

    I represent the defendant in the above listed action. I write at the suggestion of your clerk to inquire about the status of my ex parte application to shorten the time to hear a motion to enlarge time to file a dispositive motion in this case, which was filed on May 21, 2008. The application, motion, and a proposed order were efiled, a copy was sent to your chambers, and the proposed order was also emailed to your chambers.

    By the ex parte application and motion to enlarge time I sought additional time to file a dispositive motion in this pro per § 1983 case. The defendant in this case was served with the complaint on April 16, 2008, and answered the complaint on May 6, 2008. The Court's order of service directed defendant to file a dispositive motion within 30 days of answering the complaint, but defendant respectfully requests additional time to file that motion. As I explained in the declaration accompanying my ex parte application, I was unable to make contact with plaintiff to obtain a stipulation to such an extension.

    The dispositive motion is currently due on June 2, 2008, and thus I am concerned about whether my motion to enlarge time will be granted because I will not be able to file such a dispositive motion by June 2. If you have any questions or concerns, please do not hesitate to contact me at the contact information listed above.

    Thank you for your assistance.

Very truly yours,

DENNIS J. HERRERA
City Attorney

    /s/

Meghan K. Higgins
Deputy City Attorney

cc: Walter Brooks

FOX PLAZA · 1390 MARKET STREET, SUITE 250 · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800 FACSIMILE: (415) 554-3837

n:\lit\li2008\081050\00487872.doc