1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-3896
6  Facsimile:   (415) 554-3837
   E-Mail:      Meghan.Higgins@sfgov.org

Attorneys for Defendant
SAN FRANCISCO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS,<br><br>            Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,<br><br>            Defendant. | Case No. C 07-02615 SBA (PR)<br><br>**CORRECTED PROOF OF SERVICE**<br><br>Date Action filed:   January 10, 2007<br>Trial Date:          Not set |
|---|---|

## PROOF OF SERVICE

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On May 27, 2008, I served the following document(s):

**1. Ex Parte Application for an Order Shortening Time to Hear Motion for Enlargement of Time to File dispositive Motion; Declaration of Meghan K. Higgins in Support Thereof;**

**2. [Proposed] Order Granting Defendant's Ex Parte Application and Motion for Enlargement of Time to File Dispositive Motion; and**

**3. Defendant Haggett's Motion for Enlargment of Time to File a Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof; Declaration of Meghan K. Higgins in Support Thereof**

on the following persons at the locations specified:

Walter Brooks, #2306294
850 Bryant Street, County Jail #2, E-4
San Francisco, CA 94103

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco City Attorney's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 27, 2008, at San Francisco, California.

/s/
ANNA BURCIAGA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28