1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3896
6  Facsimile:     (415) 554-3837
   E-Mail:        Meghan.Higgins@sfgov.org

Attorneys for Defendant
SAN FRANCISCO SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS,                                                              | Case No. C 07-02615 SBA (PR)              |
|-----------------------------------------------------------------------------|-------------------------------------------|
| Plaintiff,                                                                  | **PROOF OF SERVICE**                      |
| vs.                                                                         | Date Action filed:   January 10, 2007     |
|                                                                             | Trial Date:          Not set              |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,                |                                           |
| Defendant.                                                                  |                                           |

**PROOF OF SERVICE**

I, ANNA BURCIAGA, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On May 30, 2008, I served the following document(s):

**1. Ex Parte Application for an Order Shortening Time to Hear Motion for Enlargement of time to File Dispositive Motion; Declaration of Meghan K. Higgins in Support Thereof;**

**2. [Proposed] Order Granting Defendant's Ex Parte Application and Motion for Enlargement of Time to File Dispositive Motion; and**

**3. Defendant Haggert's Motion for Englargment of Time to File a Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof; Declaration of Meghan K. Higgins in Support Thereof;**

**4. Copy of letter efiled on 5/30/08 to the Honorable Saundra B. Armstrong**

on the following persons at the locations specified:

Walter Brooks, V23996 (Pro Se)
San Quentin State Prison
San Quentin, CA 94974

**(new address as of 5/30/08)**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 30, 2008, at San Francisco, California.

/s/
ANNA BURCIAGA