IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS,<br><br>       Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT,<br><br>       Defendant.<br>_____/ | No. C 07-02615 SBA (PR)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendant has requested an extension of time in which to file a motion for summary judgment. Having read and considered Defendant's ex parte request and the accompanying declaration of counsel, and good cause appearing,

IT IS HEREBY ORDERED that Defendant's ex parte request for an extension of time is GRANTED. The time in which Defendant may file a motion for summary judgment will be extended up to and including **August 1, 2008.** Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **forty-five (45) days** after the date Defendant's motion is filed. If Defendant wishes to file a reply brief, he shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket nos. 34 and 35.

IT IS SO ORDERED.

DATED: 5/29/08

                                                  SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

P:\PRO-SE\SBA\CR.07\Brooks2615.EOT-msj.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS WALTER,<br><br>       Plaintiff,<br><br> v.<br><br>SAN FRANCISCO POLICE CHIEF et al,<br><br>       Defendant. | Case Number: CV07-02615 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter Brooks V23996
California State Prison - San Quentin
San Quentin, CA 94974

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Brooks2615.EOT-msj.wpd