Walter Brooks V23996 (ProSe)
S.Q.S.P.
San Quentin, CA 94974

United States District Court
Northern District of California

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Walter Brooks
Plantiff

No# C-07-02615 SBA (PR)

V.

San Francisco Police Department
Sargent Haggett,
Defendant

**MOTION TO REQUEST LEAVE FOR DISCOVERY**

Dear Judge Armstrong:

Pro Se Plantiff Walter Brooks Hereby respectfully request Leave For Discovery In the following matter: Walter Brooks V. San Francisco Police Department Sargent Haggett; C-07-02615SBA(PR)

Respectfully Submitted,

Walter Brooks V23996 (ProSe)

6-9-08

C.C.: Meghan K. Higgins, Deputy City Attorney.