Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974



Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212