**FILED**

1 of 1    JUN 11 2008    6-5-08

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear city attorney Higgins,

I apoligize for not returning your phone call on 5-16-08, I don't know if you aware but C.D.C.R. doesn't allow inmates to return phone calls who are enroute to prison on a Parole violation. Despite it being a moot point, I wouldn't have objected to your request for a extenton of time. With the notorious Thom hoggett as your client, you need all the time you can get. However, I don't share your enthusiasm, that this case will be settled by summery Judgement, or other dispositive motion. But one must have dreams.

   Enclosing, in the event you can conjure up any other reasonable suggestion at resolving this matter know that I am open-minded and flexible.

Very truly yours

Walter Brooks V23796 (pro se)
S.Q.S.P.
San Quentin, CA 94974

C.C. Meghan K. Higgins, Deputy City Attorney.