Walter Brooks V23496 (Pro Se)
P.O.S.P.
San Quentin, CA 94974

[NSF SAN QUENTIN STATE PRISON stamp]

Office of the Clerk, U.S. District Court
ATTN: [illegible]
1301 Clay Street, Courtroom 3, 3rd Floor, Suite 400S
Oakland, CA 94612

[USPS postage: $00.42 JUN 10 2008, Pitney Bowes, mailed from ZIP code 94964]

RE: CV-07-2615 SBA(PR); Brooks V. Hedgpeth