United States District Court
Northern District of California

4  Walter Brooks (Prose)          No. C 07-02615 SBA(PR)
      Plantiff,
5  V.
                                    FILED
6  San Francisco Police Department
                                    JUN 18 2008
7  Sargent HAGGett, Badge #16
      Defendant                     RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
                                    OAKLAND

MOTION TO REQUEST
DISCOVERY:
INTERROGATORIES

14  To Defendant San Francisco Police Department
15  Sargent Haggett: Pro SE Plantiff Walter Brooks
16  Hereby makes the Following: **DISCOVERY**
17  REQUEST: Interrogatories.
18            INTERROGATORIES
    1,
19  Is Defendant on excessive Force Watch list of the
20  San Francisco Police Department, IF So How long Has
21  Defendant Haggett been on the Watch list?
22
    2,
23  How Many times Has Defendant Haggett been on
24  Suspension or Probation For abuse of excessive Force?
25
    3,
26  Was Defendant Haggett told by San Francisco Police Chief
27  Frank Jordan "IF He Demonstrated Abuse of Force

1 one more time He would be Fired" In 1988?

2

3 4.) Since 1988 How many Demonstrated and suspected
4 Abuse of Force acts has been documented on Haggett?

5

6 5.) How many Lawsuits Has Defendant Haggett Had
7 settled by the City Attorney For abuse of Force?

8

9 6.) What is the Total amount of Abuse of Excessive
10 Force lawsuit Settlements, the City and County
11 of San Francisco Has Payed out on Defendant
12 Haggetts behalf?

13

14 7.) Under San Francisco Police Department, Use of Force
15 Directive, When Can Officers use a closed Fist
16 and Punch a Postarraingment Detainee, who is
17 Handcuffed to a Holding cell bench, exercising
18 His miranda Right to remain Silent, and isn't
19 awnsering Officers Questions?

20

21 8.) Under San Francisco Police Department Use of Force
22 Directive on 3/3/07, What was the reasonable
23 Penological objective that required Defendant
24 Haggett to use a closed Fist and Punch Plantiff
25 after Defendant Haggetts Questions weren't awnsered
26 by Plantiff while Plantiff was Handcuffed to A
27 Southern Station Holding cell bench exercising his
Right to remain Silent under miranda?

9. What is the Process For reporting the need to use excessive Force?

10. Did Defendant Haggett Generate a report on the need to use Force on Plantiff Walter Brooks While He Was Handcuffed to a Holding cell bench?

11. If Defendant Haggett Didn't Generate a report on the need to use Force on Plantiff Walter Brooks Why not?

12. When the Plantiff Was Initially Arrested, did the arresting Officers need to use Force on Plantiff, In the Form Of Punches to The Head, and Face With Closed Fist Repeatedly, or have visible head wounds?

13. Was Plantiff mirandized Prior to the Incident?

14. During the Incident Was the Plantiff Choosing to exercise his right to remain silent under miranda?

15. Was the Plantiff transported to Southern Station from arrest site With any other Detainees?

16. Does the arrest report Document any need to use Force on Plantiff during arrest, Transportation to Southern Station, or Sheriff's custody, such as closed Fist Punching?

3 OF 5

17)
Other than Choosing the right to remain silent, Did Plantiff Display any Form of Physical agression, toward officers, Free Staff, or other Detainees, who occupied the Holding Cell at Southern Station, Prior to, during or after the 3/3/07 Incident?

18)
Was there any other Detainees Present Prior, During, or after the 3/3/07 Incident In Holding Cell at Southern Station with Plantiff, If So who?

19)
Was the Plantiff able to reach another Detainee to do harm From Plantiffs Handcuffed Position on the bench In the Southern Station Holding Cell?

20)
Can a Officer use a closed Fist and Repeatedly Punch In the Face Without Provocation a Handcuffed Pretrial Detainee under San Francisco Police Department Rules of Conduct?

21)
Was any other Officers Present to Witness the 3/3/07 Incident that took Place In the Southern Station Holding Cell?

22)
In the Southern Station Holding Cell, did Defendant Haggett Ask Plantiff, "are you a PAL" twice, When Plantiff Chose to remain Silent, Protected by Miranda, Defendant Haggett using a closed Fist strike Plantiff In the Head after each Question?

4 of 5

23.
Did Defendant Haggett ask Plantiff "where you live" and when Plantiff remained silent protected by Miranda, Did Defendant Haggett use a closed fist and Punch Plantiff In the nose?

24.
After the 3/3/07 Incident did Defendant Haggett See that the Pretrial Detainee recieve any medical treatment For the Injuries that Defendant Haggett Inflicted?

25.
When a Officer Inflicts Visible Injuies on a Detainee isn't It Procedure to get Detainee medical attention For Injuries as Part of San Francisco Police Department Procedure?

Respectfully Requested.
Walter Brooks V23996 (Pro Se)

Date: 6-16-08

C.C.: Meghan K. Higgins 1390 Market 6th FLR
S F, CA 94102-5408

5 of 5

WALTER BROOKS V23446 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974

## United States District Court
## Northern District of California

1. WALTER Brooks, Plaintiff  |  Case No.# C-07-02615 SBA(PR)
2. Vs.
3. San Francisco Police Department : MOTION To Request
4. Sargent HAGGETT, #16 Badge, Defendant : PITCHES MOTION
5. : on San Francisco Police
6. Department Sargent Haggett Badge #16

8. Dear Honorable Saundra B. Armstrong, Plaintiff
9. Walter Brooks (Pro Se) makes the following request through the
10. Court TO DEFENDANT SAN FRANCISCO POLICE DEP-
11. Artment Sargent Haggett, Badge #16: Pro Se Plaintiff
12. Walter Brooks, Hereby Humbly Request (ALL Re-
13. cords), Personel records, Citizen Complaint Records,
14. Complete supervisory repremand records, and All rec-
15. ords of Past And Presently Pending, (Office of Citizen
16. Complaints) Records, relating to ANY Form of Dem-
17. onstrated or Suspected Abuse of Excessive Force,
18. or officer Abuse of Authority, or officer misconduct.
19. This request is made under the Authority Granted by
20. PITCHES MOTION, for the aforementioned items to be
21. provided on San Francisco Police Department Sargent Haggett, Badge #16
22. Respectfully Submitted,
23. Walter Brooks V23996 (Pro Se)
24.
25. Date: 6-6-08
26.
27. C.C.: Meghan K. Higgins, 1390 Market St 6th Flr
28.          1 of 1            SF CA 94102-5408

# DECLARATION OF SERVICE BY MAIL

I, **Walter Brooks (Pro Se)**, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, ~~and am not~~ **I AM** a party to the cause within. My residence address is:

CDC No. **V23996**       Housing **3W13L**
San Quentin State Prison
San Quentin, CA 94974

On **June 16**, **2008**, I served the following document(s):
Month/Day    Year

**Motion to Request Discovery: Production 1-16**
**Motion to Request Discovery: Interrogatories 1-25**
**Pitches motion**

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

**Meghan K. Higgins c/o San Francisco Police Department**
**Sargent John Haggett Badge #16**
**Fox Plaza, Sixth Floor**
**1390 Market Street 6th Flr.**
**San Francisco, CA 94102-5408**

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this **16** day of **June**, **2008**, at San Quentin, CA, County of Marin.

*Walter Brooks*
Signature of declarant

Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin CA, 94974



Office of the clerk, U.S. District court
Northern District, of California
1301 Clay Street, Suite 400S
Oakland, CA  94612 - 5212



RE: C-07-02615 SBA (PR) Brooks V. Haggett