Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin CA. 94974

United States District Court
Northern District of California

Walter Brooks (Prose)
Plaintiff,
V.
San Francisco Police Department
Sargent HAGGett, Badge #16
Defendant

No. C 07-02615 SBA (PR)

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION TO REQUEST DISCOVERY: INTERROGATORIES

To Defendant San Francisco Police Department Sargent Haggett: Pro SE Plaintiff Walter Brooks Hereby makes the Following: DISCOVERY REQUEST: Interrogatories.

INTERROGATORIES

1, Is Defendant on excessive Force Watch List of the San Francisco Police Department, IF So How long Has Defendant Haggett been on the Watch list?

2, How many times Has Defendant Haggett been on suspension or Probation For abuse of excessive Force?

3, Was Defendant Haggett told by San Francisco Police Chief Frank Jordan "IF He Demonstrated Abuse of Force



POSTED
Scanned

one more time He would be Fired" In 1988?

4, Since 1988 How many Demonstrated and suspected Abuse of Force acts has been documented on Haggett?

5, How many Lawsuits Has Defendant Haggett Had settled by the City Attorney For abuse of Force?

6, What is the Total amount of Abuse of Excessive Force lawsuit Settlements, the City and County of San Francisco Has Payed out on Defendant Haggetts behalf?

7, Under San Francisco Police Department, Use of Force Directive, When can officers use a closed Fist and Punch a Postarraingment Detainee, who is Handcuffed to a Holding cell bench, exercising His miranda Right to remain silent, and isnt awnsering officers Questions?

8, Under San Francisco Police Department Use of Force Directive on 3/3/07, What Was the reasonable Penological objective that required Defendant Haggett to use a closed Fist and Punch Plantiff after Defendant Haggetts Questions weren't awnsered by Plantiff while Plantiff Was Handcuffed to A Southern Station Holding cell bench excercising His Right to remain silent under miranda?

9,
What is the Process For reporting the need to Use excessive Force?

10,
Did Defendant Haggett Generate a report on the need to use Force on Plantiff Walter Brooks While He Was Handcuffed to a Holding cell bench?

11,
If Defendant Haggett Didn't Generate a report on the need to use Force on PlantiFF Walter Brooks Why not?

12,
When the PlantiFF Was Initially Arrested, did the arresting officers need to use Force on Plantiff, In the Form of Punches to The Head, and Face With Closed Fist Repeatedly, or have Visible head Wounds?

13,
Was PlantiFF mirandized Prior to the Incident?

14,
During the Incident Was the PlantiFF Choosing to exercise his right to remain silent under miranda?

15,
Was the Plantiff transported to Southern Station From arresst site With any other Detainees?

16,
Does the arrest report Document any need to Use Force on PlantiFF during arrest, Transportation to Southern Station, or Sheriff's custody, such as closed Fist Punching?

17,

Other than Choosing the right to remain silent, Did Plantiff Display any Form of Physical agression, toward officers, Free Staff, or other Detainees, who occupied the Holding Cell at Southern Station, Prior to, during or after the 3/3/07 Incident?

18,

Was there any other Detainees Present Prior, During, or after the 3/3/07 Incident In Holding cell at Southern Station with Plantiff, IF so who?

19,

Was the Plantiff able to reach another Detainee to do harm From Plantiffs Handcuffed Position on the bench In the Southern Station Holding Cell?

20,

Can a officer use a closed Fist and Repeatedly Punch In the Face Without Provocation a Handcuffed Pretrial Detainee under San Francisco Police Department Rules of Conduct?

21,

Was any other officers Present to Witness the 3/3/07 Incident that took Place In the Southern Station Holding Cell?

22,

In the Southern Station Holding Cell, did Defendant Haggett Ask Plantiff, "are You A PAL" twice, When Plantiff Chose to remain Silent, Protected by Miranda, Defendant Haggett Using a Closed Fist Strike Plantiff In the Head after each Question?

23,

DiD DeFendant Haggett ask PlantiFF "Where You live" and When PlantiFF remained Silent Protected by Miranda, DiD DeFendant Haggett use a closed Fist and Punch PlantiFF In the nose?

24,

AFter the 3/3/07 Incident did DeFendant Haggett See that the Pretrial Detainee recieve any medical treatment For the InJuries that DeFendant Haggett InFlicted?

25,

When a OFFicer InFlicts Visible InJuries on a Detainee isn't It Procedure to get Detainee medical attention For InJuries as Part oF San Francisco Police Department Procedure?

Respectfully Requested.

Walter Brooks V23996 (Pro Se)

Date: 6-16-08

C.C.: Meghan K. Higgins 1390 Market 6th FLR
SF, CA 94102-5408

WALTER BROOKS V23446 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974



United States District Court
Northern District of California

| | |
|---|---|
| WALTER Brooks, Plaintiff<br>Vs.<br>San Francisco Police Department<br>Sargent HAGGETT, #16 Badge)<br>Defendant | CaSe No# C-07-02615SBA(PR)<br><br>MOTION To Request PITCHES MOTION On San Francisco Police Department Sargent Haggett Badge# 16 |

Dear Honorable Saundra B. armstrong, Plantiff Walter Brooks (Prose) makes the Following request through the Court To DEFENDANT SANFRANCISCO PoLice DePArtment Sargent Haggett, BAdge#16: ProSe Plantiff Walter Brooks, Hereby Humbly Request (ALL Records), Personel records, Citizen Complaint Records, Complete Supervisory repremand records, and All records of PAst And Presently Pending, (OFFice of citizen Complaints) Records, relating to ANY Form of Demonstrated or Suspected ABuse of Excessive Force, or Officer Abuse of Authority, or officer misconduct. This request is made under the Authority Granted by PITCHES MOTION, For the aforementioned items to be Provided on San Francisco Police Department Sargent Haggett, Badge# 16

Respectfully Submitted,

Walter Brooks V23996 (Pro Se)

Date: 6/16-08

C.C.: Meghan K. Higgins, 1390 Market st 6th Flr
SF CA 94102-5408

# DECLARATION OF SERVICE BY MAIL

I, Walter Brooks (ProSe), the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, ~~and am not~~ I AM a party to the cause within. My residence address is:

CDC No. V23996 Housing 3W13L
San Quentin State Prison
San Quentin, CA 94974

On June 16, 2008, I served the following document(s):
Month/Day Year

Motion to Request Discovery: Production 1-16
Motion to Request Discovery: Interrogatories 1-25
Pitches motion

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

Meghan K. Higgins C/O San Francisco Police Department
Sargent John Haggett Badge #16
Fox Plaza, Sixth Floor
1390 Market Street 6TH FLR.
San Francisco, CA 94102-5408

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this 16 day of June, 2008, at San Quentin, CA, County of Marin.

[signature]
Signature of declarant

Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin CA, 94974

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.59⁰
0004248283 JUN 17 2008
MAILED FROM ZIP CODE 94964

OFFice of the clerk, U.S. District court
Northern District, of CALiFornia
1301 clay street, suite 400S
Oakland, CA 94612 - 5212




94612835212 C037

RE: C-07-02615 SBA (PR) Brooks v. Haggett