Walter Brooks V23996 (ProSe)
S.Q.S.P.
San Quentin, CA 94974

```
 1        UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3
 4    Walter Brooks        Case No# C 07-02615 SBA (PR)
         Plantiff
 5    V.
 6    San Francisco Police Department            FILED
 7    Sargent Haggett, Badge #16              JUN 18 2008
 8       Defendant                         RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
 9                                     NORTHERN DISTRICT OF CALIFORNIA
                                                  OAKLAND
10                                        MOTION TO
11                                      Request Discovery:
                                           PRODUCTION
12
13          To Defendant San Francisco Police Department
14    Sargent Haggett: Pro Se Plantiff Walter Brooks
15    Hereby makes the Following DISCOVERY
16    REQUEST: PRODUCTION.
17
18            PRODUCTION REQUESTED:
19    1)
20    A 8X11 Glossy Color Copy of the Plantiffs Booking Photo Taken
21    3/3/2007. Not A Computer Generated Copy. Glossy Color 8X11 only.
22    2)
23    A Full Copy of the Report Defendant Haggett Generated
24    Notifying Superiors of the Need to use Excessive Force on
25    Plantiff Walter Brooks on 3/3/07.
26    3)
27    A Copy of the San Francisco Police Departments abuse
28    of excessive Force Watch list.
                    103
```

4) The Names, Phone numbers, and addresses of Both occupants, of the Holding Cell at Southern Station, that were Present during 3/3/07 Incident.

5) The names, Phone numbers, and addresses of (All) Defendant Haggett's Suspected and Demonstrated victims of abuse of excessive Force Past and Present thats documented by office of citizens Complaint.

6) O.C.C. Investigator Jessica Cole Copy of Interview of witness (VADim)

7) San Francisco Police Department Guidelines on When to use excessive Force, and when and how to report the Need to use excessive Force.

8) A Copy of Departmental Procedure on how to Interrogate Handcuffed Pretrial Detainees.

9) A Copy of the Supervisory response to the report Defendant Haggett generated regarding the need to use excessive Force on Plaintiff Walter Brooks on 3/3/07

10) A written Report by Arresting Officers as to

2 OF 3

the need or lack of need to use excessive force on Plantiff Walter Brooks during arrest and transportation to Southern Station on 3/3/07.

11) Records of all settled lawsuits by the Police Commission, City and County of San Francisco, and San Francisco City Attorney on behalf of Defendant Haggett for abuse of excessive Force

12) Records of All Defendant Haggetts Reprimand, & Suspensions for Abuse of excessive Force.

13) Defendant Haggett Supervisory Performance Reports for his complete time of employment by the San Francisco Police Department.

14) A Written Statment by Office of Citizen Complaint Investigator Jessica Cole regarding what she was told by witness (VaDim) regarding the 3/3/07 Incident

15) 8x11 Photographs of the First Floor Southern Station Holding Cell From All Angles Inside and out.

16) Mesurements between all Metal Rings Attached to benches at Southern Station First Floor Holding cell.

Respectfully Requested,
Walter Brooks Y23996 (ProSe)
Date: 6-16-08        3 OF 3
C.C.: Meghan K Higgins 1390 Market St 6TH Flr
SF CA 94102-5408

Walter Brooks V23996 (Pro se)
S.Q.S.P.
San Quentin, CA 94974

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S
Oakland, CA 94612-5212



RE: C-07-02615 SBA (PR) Brooks V. HAGGETT