Walter Brooks V-23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974

# United States District Court
# Northern District of California

Walter Brooks (Pro Se)
Plantiff
v.
San Francisco Police Department
Sargent Haggett, Badge # 16
Defendant

Case # C-07-02615 SBA (PR)

FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MOTION TO REQUEST: TELEPHONIC/Video Communications With Court.

Dear Judge Armstrong,
Pro Se Plantiff Walter Brooks: Humbly request that I be allowed to be Present, at all Upcoming Conferences, Hearings, Through Telephonic or Video Communications. Also Pro Se Plantiff Walter Brooks also request the Court to Grant "Court Ordered Phone Calls" through a means that dosen't require the Called Party to Pay For the Calls From Plantiff. These Calls are For the Purpose to Communicate with the outside world to secure Assistance to address the upcoming Summery Judgement dispositive motion by Defendant Haggett Badge # 16

Respectfully Requested,
Walter Brooks V-23996 (Pro Se)
Date: 6-18-08
C.C.: Meghan K. Higgins

1 of 1

# DECLARATION OF SERVICE BY MAIL

I, Walter Brooks (Pro Se) the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, ~~and am not~~ I AM a party to the cause within. My residence address is:

CDC No. V23996   Housing 3W13L
San Quentin State Prison
San Quentin, CA 94974

On 6-18, 2008 I served the following document(s):

Motion to request: Telephonic Communication with The Court.

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

Meghan K Higgins C/o San Francisco Police Department Sargent John Haggett, Badge #16
1390 Market Street 6TH Floor
San Francisco CA 94102-5408

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this 18 day of June, 2008, at San Quentin, CA, County of Marin.

Walter Brooks (Pro Se)
Signature of declarant

W. Brooks (Pro se) V23996
S.Q.S.P.
San Quentin, CA 94974



Office of the Clerk U.S. District Court
1301 Clay Street, Suite-400 S
Oakland, CA 94612-5212

