ad DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3896
Facsimile:     (415) 554-3837
E-Mail:         Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | DECLARATION OF KEVIN LEE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | |
| Defendant. | Date Action filed:   January 10, 2007<br>Trial Date:              Not set |

I, Kevin Lee, declare as follows:

    1. I am an officer with the San Francisco Police Department. I have personal knowledge of the contents of this declaration, and if called upon to testify, I could and would testify competently to the contents of this declaration.

    2. On March 3, 2007, Officer Glenn Sherry and I arrested Walter Brooks for vehicle burglary, receiving stolen property, and possession of a controlled substance. Mr. Brooks was transported to Southern Station.

3. After Walter Brooks reached Southern Station I placed him in a holding cell, where I searched him and handcuffed him to a bench.

4. Walter Brooks gave us a false name and we were unable to identify him. I did not operate the PID machine because I was not trained on the PID machine.

5. Sergeant Haggett was present at Southern Station and was trained on the PID machine. He assisted us in identifying Mr. Brooks.

6. I brought Mr. Brooks from the holding cell to the area where the PID machine was, which was outside the holding cell.

7. I was present while Sergeant Haggett operated the PID machine to identify Mr. Brooks. I did not see Sergeant Haggett use any type of force on Plaintiff. I also did not see Sergeant Haggett use abusive language towards the Plaintiff.

8. I returned Mr. Brooks to the holding cell after the PID machine was used.

9. I did not see Sergeant Haggett around the Plaintiff at any time other than while he was assisting my partner and I in using the PID machine to identify him.

10. Eventually my partner, Officer Glenn Sherry, and I walked with Plaintiff to County Jail #9. Plaintiff did not complain of any injuries or problems. He was very quiet when we walked him to County Jail # 9.

I declare under penalty of perjury that the foregoing is true. Executed this 1 day of August, 2008, in San Francisco, California.

/s/
KEVIN LEE