DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:      (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,<br><br>  Defendant. | Case No. C 07-02615 SBA (PR)<br><br>DECLARATION OF GLENN SHERRY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT<br><br>Date Action filed:   January 10, 2007<br>Trial Date:              Not set |

I, Glenn Sherry, declare as follows:

    1. I am an officer with the San Francisco Police Department. I have personal knowledge of the contents of this declaration; and if called upon to testify, I could and would testify competently to the contents of this declaration.

    2. On March 3, 2007 Officer Kevin Lee and I received a report of auto burglary. We located Walter Brooks inside the car. We arrested Mr. Brooks on charges of vehicle burglary, receiving stolen

1  property, and possession of a controlled substance.   Another unit came and transported him to Southern Station.

3. At Southern Station, I asked Mr. Brooks his name and he gave me a false name.  Officer Lee and I spent 45 minutes to an hour attempting to identify Mr. Brooks.

4. We were unable to identify Mr. Brooks, so another officer, Sergeant John Haggett, helped us identify him by using the fingerprint, or PID machine.  I am not trained to use the PID machine.

5. Sergeant Haggett came in and asked Mr. Brooks his name. Mr. Brooks would not give his name.  Sergeant Haggett set up the PID machine, which takes some time.  Officer Lee brought Mr. Brooks over to the PID machine.

6. Sergeant Haggett used the PID machine to take Mr. Brooks' fingerprint.  The machine identified a match for Mr. Brooks' fingerprint.

7. I went to the office and ran Mr. Brooks' name and found out that he was a parolee at large.

8. I believe that Officer Lee put Mr. Brooks back into the holding cell after he was fingerprinted.

9. I do not believe that Sergeant Haggett ever came close to the holding cell where Mr. Brooks was handcuffed. I did not see him interact with Mr. Brooks other than while he was at the PID machine.

10. After we identified Mr. Brooks we filled out the booking card and processed him. Sergeant Haggett had left before that took place.  We then walked Mr. Brooks over to County Jail #9.

11. Mr. Brooks did not make any complaints of injuries at any time after his fingerprint was taken.


I declare under penalty of perjury that the foregoing is true.  Executed this 31 day of July, 2008 in San Francisco, California.

/s/
Glenn Sherry