1  DENNIS J. HERRERA, State Bar #139669
City Attorney
2  JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3  MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
4  Fox Plaza
1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
Telephone:     (415) 554-3896
6  Facsimile:      (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org
7

8  Attorneys for Defendant
JOHN HAGGETT
9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13  WALTER BROOKS,                      Case No. C 07-02615 SBA (PR)

14            Plaintiff,                DECLARATION OF JOHN HAGGETT
                                        IN SUPPORT OF MOTION TO DISMISS,
15       vs.                            OR, IN THE ALTERNATIVE, FOR
                                        SUMMARY JUDGMENT
16  SAN FRANCISCO POLICE
DEPARTMENT SERGEANT
17  HAGGETT, Badge # 16,                Date Action filed:      January 10,2007
                                        Trial Date:          Not set
18            Defendant.

19

20  I, John Haggett, declare as follows:

21

22       1. I am a Sergeant with the San Francisco Police Department.  I have personal knowledge of

23  the contents of this declaration; and if called upon to testify, I could and would testify competently to

24  the contents of this declaration.

25       2. On the night of March 3, 2007, I arrested four individuals who were involved in a chase

26  with me and shot at me.  I arrested one of them for attempted murder and the others as accessories.

27       3. I brought the four arrestees to Southern Station following their arrest.

28

4. While I was at Southern Station processing my arrestees, I became aware Officer Lee and Officer Sherry were having difficulty identifying an arrestee in the holding cell.  Officer Kevin Lee told me that his arrestee would not provide identification.  I instructed Officer Lee to fingerprint him using the PID machine.

5. The PID machine is an inkless fingerprint identification system.  When an arrestee is fingerprinted, the machine scans the San Francisco Police Department's database of fingerprints and attempts to match the arrestee's fingerprint to a fingerprint in the database.

6. Officers Lee and Sherry told me they did not know how to use the PID machine.  I told them I would help them identify the arrestee using the PID machine.

7. Officer Lee brought the arrestee, Plaintiff Walter Brooks, to the PID machine.

8. I applied Walter Brooks' right index finger to the PID machine.  I did not bend his finger in an awkward position, or cause him pain in any way while taking his finger print.

9. After we obtained a readable finger print, Officer Lee put Walter Brooks back in the holding cell.

10. The only interaction I had with Walter Brooks was while I was assisting Officers Lee and Sherry in identifying Plaintiff using the PID machine.

11. I did not use force of any kind at any point during my interaction with Plaintiff.  I did not punch Plaintiff in the head or step on his foot.

I declare under penalty of perjury that the foregoing is true.  Executed this 31 day of July, 2008 in San Francisco, California.

_____/s/_____

JOHN HAGGETT