DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:      (415) 554-3837
E-Mail:          Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,<br><br>　　　　Defendant. | Case No. C 07-02615 SBA (PR)<br><br>DECLARATION OF MEGHAN HIGGINS IN SUPPORT FOR MOTION FOR SUMMARY JUDGMENT<br><br>Date Action filed:　　January 10,2007<br>Trial Date:　　　　　　Not set |

I, Meghan Higgins, declare as follows:

　　1.　　I am a deputy city attorney in the San Francisco City Attorney's Office and admitted to practice before this Court.  I am counsel of record for defendant in this action and have personal knowledge of the statements made in this declaration, except as to those statements made on information and belief.

　　2.　　Plaintiff Walter Brooks alleges that while he was in the custody of the San Francisco Police Department, Sergeant John Haggett used excessive force against him by punching him in the head, stepping on his foot, and bending his right index finger backwards.

3. There is no record of which I am aware that Mr. Brooks ever submitted a prisoner grievance form concerning the allegations he makes in this case. Mr. Brooks did not attach a completed grievance form to his Complaint. Instead, Mr. Brooks' complaint alleges that he complied with the required grievance procedures by submitting a government claim to the City and County of San Francisco.

4. A true and correct copy of Mr. Brooks' Amended Complaint containing the allegation that he complied with the applicable grievance procedures is attached to this declaration as Exhibit A.

6. A true and correct copy of Mr. Brooks' government claim is attached to this declaration as Exhibit B.

7. On information and belief, there is no prisoner grievance form from Mr. Brooks concerning the allegations in this lawsuit.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct. Executed August 1, 2008, at San Francisco, California.

                                                /s/
                                                MEGHAN HIGGINS