COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **Brooks Walter (Pro se)**
(Last) (First) (Initial)

Prisoner Number **V-23996**

Institutional Address **San Quentin State Prison**
**San Quentin, CA 94974**

**ORIGINAL FILED**
JUL - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Walter Brooks (Pro se)**
(Enter the full name of plaintiff in this action.)

vs.

**Heather Fong,**
**San Francisco Police Chief**
**et al.**

(Enter the full name of the defendant(s) in this action))

"Amended Complaint"

Case No. **C 07-02615 SBA (PR)**
(To be provided by the clerk of court)

"Amended Complaint"
COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement _____

B. Is there a grievance procedure in this institution?
   YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
   YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the

COMPLAINT  - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  NoNe Available

2. First formal level  Claim against City and County of San Francisco #07024661 Filed: 3-22-07; Denied: 4-24-07.

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Walter Brooks V-23996 (Pro se)
S.Q.S.P.
San Quentin, CA 94974

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                               -2-

1  place of employment.
2  Heather Fong, Chief, San Francisco Police.
3  Haggett, (SNC 16) Sargent, San Francisco Police.
4  _____
5  _____
6  _____ III.
7  Statement of Claim
8      State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 (I.) Upon Information and belief Defendant Heather Fong
13 San Francisco Police, Chief et al. Municiple Policy of In-
14 Action, Failure to Impliment Early Intervention systym,
15 Failure to Impliment disciplinary process systym, Failure to
16 Impliment Different Specialized training, Failure to train,
17 Failure to train adaquetly amounts to Deliberate Indifference
18 to the municiple Practice and custom of Excessive Force by
19 Defendant Haggett, San Francisco Police, Sargent creating a
20 Municiple liability. this violated Walter Brooks rights
21 and constituted cruel and unusual Punishment under the
22 8th Amendment of the United States Constitution.
23 (II.) the Beating, Physical abuse Plantiff Walter Brooks
24 Suffered at the Hands of
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 Wherefore, Plantiff Prays that this court enter Judgement

COMPLAINT                            - 3 -

### III. Continued: (II.)

1. (Defendant Haggett) San Francisco Police, Sargent Amounts to
2. Excessive Force. this violated Plantiff Walter Brooks rights
3. and Constituted cruel and unusual Punishment under the 8th
4. Amendment of the United States Constitution; On 3/3/07
5. Between 2AM and 4:30AM While excercising my miranda rights
6. to remain silent. After I had been Identified by the Identix
7. Computer by Defendant Haggett San Francisco Police, Sargent,
8. (Haggett) Asked me "Are you a (P.A.L.) Parolee At Large"? I
9. remain still and silent, Without Provocation (Haggett) Bent
10. my right Index Finger In a awkward Position causing extreme
11. Pain In a attempt to get me to awnser (Defendant Haggett) Question
12. I was recuffed and Placed back Into the Holding cell at
13. 850 Bryant, First Floor. I was Handcuffed to A Holding cell benc
14. 2-3 minutes Passed And (Defendant Haggett) Walked Into the
15. Walked directly up to me and without Provocation Stepped on
16. my right Foot. I moved my Foot away From this Assult
17. Remaining Still and silent (Defendant Haggett) Asked "You (P.A.L.)
18. I remained still and silent without Provocation (Defendant
19. Haggett) Punched me In the head with a closed Fist.
20. (Defendant Haggett) Asked me again "Are You P.A.L.) I remained
21. Still and silent and Without Provocation I was socked to
22. the side of the head. (Defendant Haggett) Asked "Where do
23. You live" I remained still and silent and without
24. Provocation (Defendant Haggett) Punched me In the nose,
25. I screamed From the Pain, and awnsered "I'm Homeless"
26. (Defendant Haggett) Said "now that wasnt Hard, was It"
27. I remained still and silent Excercising my miranda rights
28. as the other two occupants of the Holding cell watched
In Horror at me being Beaten without Provocation.

### III. Continued: (II.)

1. the Verbal Harassment ment to Humiliate and endanger aman
2. to Callous Deliberate Indifference to Plantiff Walter Brooks
3. Safty. this Violated Plantiff Walter Brooks Rights and
4. Constituted Cruel and unusual Punishment under the 8th
5. Amendment of the united States Constitution; On 3/3/07
6. Between 2-4:30 Am Still exercising my miranda rights As
7. (Defendant Haggett) Was leaving the Holding tank After
8. Beating me without Provocation He Stated to me "Your A
9. Child molester, the lowest of the Low" then to a
10. Hispanic Male Detainee (Defendant Haggett) Stated "He's
11. A Child molester the Lowest of the Low, you should
12. take care of him" In a malicious and sadistic tone
13. (Defendant Haggett) Pulled his head out of the holding cell Door
14. Secured It and left. I Said to (VADIM) "Could I get you
15. to be a witness to what He did to me, Im going to File A
16. Claim/Complaint against this Dude" (VADIM) Said yes
17. gave me His Cell Phone number.
18. (IV.)
19. Upon Information and belief on 6-8-07 Plantiff Walter Brooks
20. Was "slapped" As A result of the Collous Deleberate Indifference
21. to Plantiff Walter Brooks Safty by (Defendant Haggett) this
22. Violated Plantiff Walter Brooks rights and Constituted
23. Cruel and unusual Punishment under thee 8th Amendment
24. of the United States Constitution; Upon Information and
25. belief on 6/8/07 between 5Am-7Am while awaiting transfer
26. From San Francisco to San Quentin State Prison I was Attacked
27. by two unknown males 1-Hispanic and 1-Afro-American
28. the hispanic Said "Hey are you Brooks" I replied Yeah, why?

III Continued:

(IV.)

1. the Hispanic Male said "Didn't the Police say you a
2. child molester when you came in"? Without Provocation
3. befor I could respond the Afro-American "Slapped" me
4. hard across the face, then said "You better lock It
5. up when you get to Quentin Bitch"! So, when I
6. arrived at San Quentin I told Sgt Salinas that I was
7. Attacked by two 415/kumi Gang members and I needed
8. to go Into Protective Custody. [See Exibit-A]

1. Granting Plantiffs: Compensatory Damages, In the
2. Amount of $300,000 Against each defendant Jointly Severally
3. Punitive Damages In the Amount of $450,000 Against each
4. defendant. A trial by Jury on all triable Issues
5. by Jury. Plantiff Cost $350. Any Additional relief this
6. Court Deems Just, Proper, and equitable.

7. I declare under penalty of perjury that the foregoing is true and correct.

9. Signed this __28__ day of __June__, 20__07__

11. _____Walter Brooks_____ V-23996 (Pro se)
12. (Plaintiff's signature)

COMPLAINT                    - 4 -

Case 4:07-cv-02615-SBA   Document 52-2   Filed 08/01/2008   Page 8 of 8
Case 4:07-cv-02615-SBA   Document 10   Filed 07/05/2007   Page 8 of 8
(EXHIBIT A)

STATE OF CALIFORNIA
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)
DEPARTMENT OF CORRECTIONS

DISTRIBUTION:
WHITE   CENTRAL FILE          CANARY      WARDEN
BLUE    INMATE (2ND COPY)     PINK        HEALTH CARE MGR
GREEN   ASU                   GOLDENROD   INMATE (1ST COPY)

INMATE'S NAME: BROOKS
CDC NUMBER: V-23996

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY
[ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON (S) FOR PLACEMENT:

On Friday, June 08, 2007, you arrived from San Francisco County Jail as a Parole Violator With New Term. During your initial interview with R&R Staff, you stated you paroled from San Quentin State Prison Administrative Segregation on 02/01/07. This is not confirmed in OBIS. You stated you were the victim of an assault by KUMI/415 gang members and therefore, became a KUMI/415 Drop Out. You are being placed on Administrative Segregation status and you will remain on Administrative Segregation status pending review by Institutional Classification Committee (I.C.C.), who will determine your appropriate program and housing needs. As a result of this placement your credit earning, custody level, privilege group, and visiting status are subject to change. Correctional Lieutenant P. Erickson is ordering this Administrative Segregation Placement. It is noted that you are a participant in the Mental Health Service Delivery System at the CCCMS level of care.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)
IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

DATE OF ASU PLACEMENT: 6/8/2007
SEGREGATION AUTHORITY'S PRINTED NAME: P. ERICKSON
TITLE: LIEUTENANT

DATE NOTICE SERVED: 6/8/2007
TIME SERVED: 1215
PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE: R. SALINAS
STAFF'S TITLE: SERGEANT

[ ] INMATE REFUSED TO SIGN
INMATE SIGNATURE: Willie Brooks
CDC NUMBER: V23996

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)
STAFF ASSISTANT NAME:        TITLE:

### INVESTIGATIVE EMPLOYEE (IE)
INVESTIGATIVE EMPLOYEE'S NAME:        TITLE:

IS THIS INMATE:
LITERATE?                                              [ ] YES [ ] NO
FLUENT IN ENGLISH?                                     [ ] YES [ ] NO
ABLE TO COMPREHEND ISSUES?                             [ ] YES [ ] NO
FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?  [ ] YES [ ] NO
DECLINING FIRST STAFF ASSISTANT ASSIGNED?              [ ] YES [ ] NO

EVIDENCE COLLECTION BY IE UNNECESSARY    [ ] YES [ ] NO
DECLINED ANY INVESTIGATIVE EMPLOYEE      [ ] YES [ ] NO
ASU PLACEMENT IS FOR DISCIPLINARY REASONS [ ] YES [ ] NO
DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED [ ] YES [ ] NO

Any "NO" requires SA assignment
[ ] NOT ASSIGNED

Any "NO" may require IE assignment
[ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER
[ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE
INMATE SIGNATURE:        DATE:

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

DECISION:   [ ] RELEASE TO UNIT/FACILITY ____   [ ] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC
REASON FOR DECISION:

ADMINISTRATIVE REVIEWER'S PRINTED NAME:    TITLE:    DATE OF REVIEW:    TIME:    ADMINISTRATIVE REVIEWER'S SIGNATURE:

CORRECTIONAL ADMINISTRATOR'S PRINTED NAME:    CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE:    DATE OF REVIEW:

See Chronological Classification Review document (CDC 128-G) for specific hearing information