SFPD

0702466

# CLAIM AGAINST THE CITY AND COUNTY OF SAN FRANCISCO

Before completing this form, please read the instructions on the back. You have only 6 months from the date of incident to submit this form and supporting documentation to the Controller or the Clerk of the Board of Supervisors.

**1. Claimant's Name and Home Address** (Please Print Clearly)
Walter Brooks #2306294
CJ #1 - E-4
City: San Francisco   Zip: 94103
Telephone Daytime: —   Evening: —

**2. Send Official Notices and Correspondence to:**
Walter Brooks #2306294
850 Bryant CJ #1 E-4
City: S.F.   Zip: 94103
Telephone Daytime: —   Evening: —

**3. Date of Birth:** 06-22-66

**4. Social Security Number:** 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

**5. Date of Incident:** 3-3-07

**6. Time of Incident:** Between Hours of 2AM - 3:45AM

**7. Location of Incident or Accident:** At 850 Bryant Holding cell at the Front of the Jail on 1st Floor.

**8. Claimant Vehicle License Plate #, Type and Year:** San Francisco Police Dept. Sgt Haggart

**9. Basis of Claim.** State in detail all facts and circumstances of the incident. Identify all persons, entities, property and City departments involved. State why you believe the City is responsible for the alleged injury, property damage or loss.

S.F.P.D Sgt. Haggart Walked Into Holding at 850 Bryant First Floor, Alone Asked me "was I PAL" I refused to awnser, Sgt Haggart Punched me In the Face; Haggart Asked me Where I live Again I refused to Awnser I was Punched In the Face a Second and third time.

Name, I.D. Number and City Department of City Employee who allegedly caused injury or loss | Type of City Vehicle | Vehicle License Number and Bus or Train Number

**10. Description of Claimant's injury, property damage or loss**
S.F.P.D. On 3-3-07 Sgt. Haggart At 850 Bryant I was Continuously Punched In the Face While handcuffed to the Holding Cell bench Because I refused to awnser Sgt Haggart Questions, this violated my civil rights as well as my Miranda rights I was excerciseng at the time, swollen Nose & scratches Resulted From this Assult.

**11. Amount of Claimant's property damage or loss and method of computation.** Attach supporting documentation. (See Instructions)

ITEMS
Violation of civil rts $500,000
Miranda rights violat $500,000
Pain $500,000
Post traumatic stress $500,000
TOTAL AMOUNT $2,000,000

Court Jurisdiction: Limited Civil ☐   Unlimited Civil ☐

**12. Witnesses (if any) Name / Address / Telephone**
1. Vadim   415-724-7082
2.

**13.** [Signature] #2306294   3-20-07
Signature of Claimant or Representative   Date

Walter Brooks   Self
Print Name   Relationship to Claimant

Do Not Write In This Space
#2941

CRIMINAL PENALTY FOR PRESENTING A FALSE OR FRAUDULENT CLAIM IS IMPRISONMENT OR FINE OR BOTH. (PENAL CODE §72)

CA/FORM 2. 2/01