Walter Brooks V23996
San Quentin, State Prison
San Quentin, CA 94974
(Pro Se)

FILED
AUG - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS, Plaintiff, vs. SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, Defendant. | Case No. C 07-02615 SBA (PR) MOTION, TO REQUEST, TO THE COURT; ORDER FOR ASSISTENCE OF COUNSEL |

Hearing Judge: Hon. S. B. Armstrong
Place: Courtroom 3, 3rd Floor

Pursuant: 28 U.S.C. 1915(e)(1)
Civil L.R.: 7, 7-2, 7-4(a), 7-5
Date action Filed: July 5, 2007 (Amended Complaint)
Trial Date: Not Set

Honorable Saundra Brown-armstrong,

Pursuant to 28 U.S.C. § 1915(e)(1) Plantiff moves For an order appointing counsel To represent Him In this Case. In Support OF this motion Plantiff states: EXCeptional Circumstances exist; Terrell V. Brewer, 935 F.2d 1015, 1017 (9TH Cir 1991) (Bivens action); as well as difficulty articulating In a Manner that isn't Vague, overbroad, and oppresive.

I. Plantiff is unable to AFford Counsel and Was granted leave to Proceed In Forma Pauperis. Being Just Returned to State Prison, and Is Indigent Presents extreme Hardship.

II. Plantiffs as Plantiffs Discovery attemps For Information shows, Limited Knowledge of the law will greatly Impeed His ability to Litigate. The issues are Complex In this Case, and Will require significant reasearch, and Investigation. Johnson v. California, 207 F 3d 650 656 (9TH Cir 2000) (per Curiam) Furthermore, Plantiff has Just been returned to State Prison, Homeless, Financially embarresd, and no Cash money to His name, With regards to liquid Assetts.

III. A trial in this case will likely Involve, Conflicting Testamony, and Counsel Would better enable Plantiff to Prosecute, Present evidence, and Cross examine Witnesses Burns V. County OF King, 883 F 2d 819, 824 (9TH Cir 1989) (§1983 action) Furthermore, the Defendants leagal team, is a UnFair advantage to the Plantiff, Who is a Layman OF the Law, as well as, Plantiff Can't match resources of defendants Legal team.

IV. Plantiff has made repeated attempts to obtain Counsel. The Following is a list, along with letters OF Attorneys and agencys, that I have Contacted In a attempt to obtain Counsel: Plantiff, Would like to draw Special attention, to

the letter From: Hallinan & Hallinan, So the Court is aware of the Professional Opinion, of the Former San Francisco District attorney, regarding the difficulties the Plantiff Faces, and Defendants reputation.

IV. Cont.

Attorneys: Hallinan & Hallinan, The Scott Law Firm, Law office of Sydney T. Schulman, Hartford, et, the Bar Association of San Francisco, and the Law Office of John Burris.

Agencys: Voluntary Legal Service Program, Legal Services For Prisoners With Children, FLORIDA Institutional Legal Services, INC., Prison Law Offc., The Partnership For Safty and Justice, A.C.L.U. Northern California Chapter, Lawyers Committe Civil rights of San Francisco, and asian Law Caucus.

## Conclusion

Wherefore, Plantiff Humbly request that the Court Appoint CHARLES CARBONE, ESQ; PMB 212-3128 16TH Street. San Francisco, CA 94103; 415-531-1980. A member of the California Bar. or, refer Plantiff to A Pro Bono Project, thats Approved by the Court.

RespectfUlly Requested., and I declare, under Penalty of Perjury, the Foregoing is true and correct.

august 1, 2008
(Date)

[signature] (Prose)

Walter Brooks (Pro se)

C.C.: Meghan K Higgins
Deputy City Attorney
Fox Plaza, Sixth Floor
1390 market street, San Francisco, CA 94102-5402

LAW OFFICES OF
**HALLINAN & HALLINAN**
819 EDDY STREET
SAN FRANCISCO, CA 94109
TEL (415) 771-6174 FAX (415) 474-3748



November 13, 2007

Mr Walter Brooks
V23996
San Quentin State Prison
San Quentin, CA 94974

Dear Mr Brooks,

I certainly agree with you that the SFPD is to often indifferent to instances of excessive force. Unfortunately, I am not a civil attorney but specialize in criminal defense.

Hagget had a bad reputation but cases like yours are still difficult because the City has a lot of resources to throw at you. Perhaps the ACLU or NAACP would consider taking your case. Good luck.

Best Wishes,

[signature]

IV Cont.

THE SCOTT LAW FIRM

1375 Sutter Street, Suite 222
San Francisco, California 94109

John Houston Scott
jhs@lawjhs.com

Lizabeth N. de Vries
lndv@lawjhs.com

Telephone
(415) 561-9600

Facsimile
(415) 561-9609

September 17, 2007

***VIA U.S. MAIL***

Walter Brooks (V23996)
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Brooks:

We are in receipt of your letter of September 11, 2007. Unfortunately, we are unable to assist you with this matter as we have an extremely heavy case load. This does not mean that we are making any judgment as to the merit of your possible claims.

We suggest you immediately contact another attorney and we wish you luck in your search for legal representation.

Sincerely Yours,

THE SCOTT LAW FIRM

Tiffany S. Posey

Tiffany S. Posey
*Assistant to John Houston Scott and*
*Lizabeth N. de Vries*

/tsp

IV Cont.

5 OF 15

**LAW OFFICES OF SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Caulfield

November 21, 2007

Mr. Walter Brooks
Inmate #V23996
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Brooks:

Thank you for your letter dated September 25, 2007, which was received by Inmates' Legal Assistance Program (ILAP) on October 10, 2007.

In your letter you requested assistance with a civil rights claim. Please be advised that due to limited resources and a contract between ILAP and the State of Connecticut, ILAP is limited to assisting inmates incarcerated in Connecticut or who were sentenced in Connecticut and subsequently transferred.

We recommend that you contact the following organizations that provides direct legal assistance for problems encountered by inmates incarcerated in California:

Prison Law Clinic
University of California
School of Law
P.O. Box 4745
Davis, CA 95616

Prison Law Office
General Delivery
San Quentin CA 94964

ACLU of Southern California
1616 Beverly Blvd
Los Angeles, CA 90026

Sincerely,

Alix Skelton, Law Clerk

Jane Starkowski, Managing Attorney

IV Cont.

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP




November 28, 2007

Walter Brooks V23996
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Brooks,

Thank you for writing to the Lawyer Referral and Information Service at the Bar Association of San Francisco. We are writing in response to your request for legal assistance in an excessive force case against the San Francisco Police Department. In order to help you, we would need further information from you.

We are a referral service that arranges a half-hour consultation for you to meet with an attorney about your legal matter or speak over the phone. The consultation typically costs $25. It places no obligation on you to hire the attorney, and it places no obligation on the attorney to take the case. If you decided to hire the attorney, you would need to arrange the payment of attorney fees directly with the attorney. In order to determine whether we will be able to assist you with this request, we would need to know what you are seeking an attorney to do for you. If we were able to find an attorney to consult with you, we would give you that attorney's contact information so that you could consult with him or her by mail.

In order for you to access this service, you would really need the assistance of someone who is not incarcerated. For example, this person would need to pay for the $25 consultation fee and be willing to assist you in paying the attorney for your representation.

Thank you for your correspondence. Please respond with the requested information if you would like for us to begin the referral process.

Sincerely,

The Staff,
Lawyer Referral and Information Service

7 of 15 IV Cont.



THE BAR ASSOCIATION OF
SAN FRANCISCO

December 20, 2007

Walter Brooks V23996
San Quentin State Prison
San Quentin, CA 94974

Dear Mr. Brooks:

Thank you for contacting the Lawyer Referral and Information Service of the Bar Association of San Francisco. We are writing in response to your request for legal assistance. Unfortunately, the issues that you describe are beyond the scope of the capabilities of our service at this time. You may wish to call us when you are released from San Quentin State Prison. If we are able to find an attorney to consult with you, we would set up a half-hour meeting either over the phone or in the attorney's office. You can reach us at 415-989-1616.

We may also recommend that you attend one of the Legal Advice and Referral Clinics to get your legal questions answered for free. The Legal Advice and Referral Clinics are sponsored by the Bar Association of San Francisco and are generally held on the second and last Saturday of the month. You may try calling us upon your release to find out when the next clinic is.

The clinic is first-come, first-serve, and you can register when you get there. There will be volunteer attorneys there to answer questions and advise clients one-on-one. If the attorney feels that you should hire an attorney for your case, they will refer you back to our service.

One additional service that might handle these types of complaints is the California Prison Focus. Their contact information is:

**California Prison Focus**
2940 16th St. Suite B5
San Francisco, CA 94103

We wish you the best of luck in finding resolution to your legal matter. We regret our inability to assist, and we wish you the best of luck in seeking resolution to this matter.

Sincerely,

Staff,
Lawyer Referral and Information Service.



LAW OFFICES OF JOHN L. BURRIS
7677 OAKPORT STREET, SUITE 1120
OAKLAND, CA 94621
TELE: 510 839-5200
FACSIMILE: (510) 839-3882
EMAIL: jlblawofcs@worldnet.att.net

September 10, 2007

Mr. Walter Brooks V-23996
SAN QUENTIN STATE PRISON
San Quentin, CA 94974

Dear Walter Brooks:

Thank you for sending the case summary.

Regretfully, we cannot provide the legal assistance you request. The Law Offices of John L. Burris lack the resources to assist all prisoners and their families with legal questions, research, or entire cases. .

We wish you success in finding the assistance you are seeking with any legal issues or problem you may be experiencing.

Sincerely,

LAW OFFICES OF JOHN L. BURRIS

*Dictated by writer. Sent without signature to avoid unusual delay.*

John L. Burris
JLB:sjp

VOLUNTARY
LEGAL
SERVICES
PROGRAM
OF NORTHERN CALIFORNIA
517 12th Street
Sacramento, CA 95814
(916) 551-2102 • (916) 551-2120 FAX
vlsp@vlsp.org

**VLSP Staff**

**Gary Smith**
Executive Director

**Victoria Jacobs**
Managing Attorney

**Denise Carroll**
Asst. Program Manager - Administrative Services

**Heather Tiffee**
Asst. Program Manager - Client Services

Staff Attorneys:
**Eric Nakano**
**Julie Aguilar Rogado**

Clinic Paralegals & Coordinators:
**Alan Bridges**
**Lizbeth Buriel**
**Jack Doran**
**Clarisa Sanchez**

January 16, 2008

Dear Mr. Brooks:

Unfortunately, we are unable to assist people who are incarcerated. You would need to seek an attorney for this matter. We have no knowledge of any legal aid agency that does criminal law pro bono.

Sincerely,
VLSP

**THE VLSP MISSION:**
To enhance justice for people of limited means by resolving their civil legal problems through pro bono representation, training volunteers to improve access to the legal system, and educating clients to create greater self-sufficiency.




November 19, 2007

Mr. Walter Brooks V23996
San Quentin State Prison, 2C15, (Ad-seg)
San Quentin, CA 94974

Dear Mr. Brooks:

I received your letter in which you requested information and assistance. Legal Services for Prisoners with Children (LSPC) is an advocacy and referral agency. LSPC does not provide direct services and cannot represent you in this matter.

Enclosed you will find a copy of *Suing a Local Public Entity*, a manual that explains how to bring a claim against the county. I suggest that you read the manual carefully before filing your claim. Once the county rejects the claim you then have six months in which to file a lawsuit in superior court.

With the manual, I have included information from the state of California about the Victims Compensation and Government Claims Board.

I have also enclosed *Lawsuits for Money Damages Against Prison Officials,* which contains information about lawsuits for constitutional violations (§ 1983) and state tort claims. It was prepared by the Prison Law Office, General Delivery, San Quentin, CA 94974. If you have questions about this information, you should contact the Prison Law Office directly.

As you requested, I have enclosed the *Jailhouse Lawyers Handbook: How to Bring a Federal Lawsuit to Challenge Violations of Your Rights in Prison* and the San Francisco Chronicle article that you requested.

I have enclosed a page of attorney advertisements from the *Prison Legal News*. LSPC cannot recommend an attorney, and we do not know whether any of these attorneys will be able to take your case, nor what their fees are.

It is very difficult to find attorneys to assist with prisoner cases. You should be prepared to proceed *pro se* (on your own). Good luck in your pursuit of justice.

Sincerely,

Marilyn McMahon
Legal Intern
Under the supervision of
Cassie M. Pierson
Attorney at Law

1540 Market St., Suite 490,
San Francisco, CA 94102.
Phone: **(415) 255-7036**
Fax: **(415) 552-3150**
www.prisonerswithchildren.org

**FLORIDA INSTITUTIONAL LEGAL SERVICES, INC.**
**1010-B NW 8th AVENUE**
**GAINESVILLE, FLORIDA 32601**

**TELEPHONE (352) 375-2494**
**FACSIMILE (352) 271-4366**

October 11, 2007

**<u>LEGAL MAIL: Privileged and Confidential</u>**

MR WALTER BROOKS
V23996
SAN QUENTIN STATE PRISON
SAN QUENTIN CA 94974

Dear Mr. Brooks:

Please note our correct address above. We have received your letter dated September 25 and mailed October 1, 2007. Unfortunately, because of our prior commitments and limited resources, we will not be able to offer you the assistance you are seeking.

As you may know, this is a small office with limited funding. We are currently unable to help all of the people who need legal representation on important issues. We have had to narrow our priorities, and we often try to focus on litigation that affects numerous prisoners with similar or related claims. Even with our priorities focused in that manner, we are unable to undertake all of the claims that are called to our attention.

We are sorry we are unable to assist you in this matter.

FLORIDA INSTITUTIONAL LEGAL SERVICES, INC.

IV Cont.



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

Re: Request for Legal Assistance

Dear Sir or Madam:

We received your letter asking for assistance, information, or legal advice. Unfortunately, we cannot provide you the help you are requesting.

We get many more requests than we can possibly handle. Therefore, we must choose our cases very carefully to ensure that we use our limited resources in the most efficient way. This means there are going to be many cases that have merit that we cannot pursue, and situations for which we cannot provide requested information or advice. This is unfortunate but necessary, given the large number of cases and requests we handle. Please understand that our decision not to help does not necessarily mean that you do not have a real problem or worthy case.

We have enclosed any self-help material we think might be helpful. If no material is enclosed, we do not have any information relevant to your problem. You may be able to find useful information in the <u>California State Prisoners' Handbook</u> (3rd Edition) published in 2001. Ask for the Handbook in the prison law library. A supplement to the Handbook was most recently published in 2006, and should also be available in the prison law library. If you want information on how to order a copy of the Handbook and the supplement, please write to us.

We sincerely regret that we cannot help with all matters. We hope that in the future we will be able to expand our services to help more prisoners throughout California.

Sincerely,

Prison Law Office

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Walter - Thanks for writing. We don't have legal resources here, but I'm enclosing our Prisoner Support Directory and the most recent issue of Justice Matters. On page 5 of the directory, I marked two resources which send free copies of Jailhouse Lawyers Handbook. You might also check the Books-to-Prisoners listings on p8-9.

Peace,
Candace

PARTNERSHIP FOR SAFETY and JUSTICE

www.safetyandjustice.org

503-335-8449 • P.O. Box 40085 • Portland, OR 97240-0085 • 503-232-1922 (fax)

Greetings from the Prison Program of the Partnership for Safety and Justice, formerly the Western Prison Project!

We hope this packet finds you in good spirits. We apologize for the form letter, but we receive over 1,000 requests from prisoners a year, and we answer all of them. This packet includes information about our organization and other organizations on the outside that may have resources you seek. We focus our work on four states in the West: *Oregon, Washington, Idaho, and Montana.* There is information and items of interest for prisoners outside our region, but with our limited resources, we have to focus our efforts. This packet is modeled after the Prison Activist Resource Center's prisoner information packet. For their packet and their great national directory, please write to them at: **Prison Activist Resource Center, PO Box 70447, Oakland, CA 94609.**

If you have already received this packet, please pass on whatever you can to another prisoner. If you contact us again in the future, please clearly label your envelope or letter: "*No Packet Needed.*"

The Directory has many sections, and includes many groups that have their own directories or publications. You will have to write to many of the groups to find out more about what they offer. If there are particular listings you would like to see us include, or information that is out of date, please let us know by completing and returning the enclosed survey.

We are always looking for ways to get prisoners' voices out to the outside world, and to raise public awareness of prison issues in order to inspire effective grassroots activism. We welcome your reports regarding the treatment of prisoners, prison conditions, medical neglect, brutality or other issues. We will share it with our supporters and other groups as much as we can. Unfortunately, we cannot accept mail marked "legal mail" or "confidential," and we cannot give any legal advice.

You can stay in touch with us and hear about grassroots criminal justice reform efforts through our quarterly newsletter -- *Justice Matters*. We have included a copy with this packet. If you become a member, you will receive four issues of the newsletter. Annual dues for prisoners are $7 per year, and $15 per year for outside members. ***If you are in our region,*** *you can request a free membership using the enclosed membership form.* Also, please let us know if your address changes or you get moved to another institution so that you can keep receiving the newsletter.

Please stay in touch and know that it may take some time to get back to you. Stay strong.

In solidarity,

Partnership for Safety and Justice

**P.S.** Help us build the movement for criminal justice reform in our region. Tell friends and family on the outside about the Partnership for Safety and Justice and encourage them to become members. Each membership makes a difference!



Q.S.P.
Quentin, CA 94974 3B44

UNITED STATES POSTAGE PITNEY BOWES $ 00.4 MAILED FROM ZIP CODE

Asian Law Caucus
939 Second Street. 2nd FL
San Francisco, CA. 94103

SAN QUENTIN NSF
Brooks V23996
Q.S.P.
Quentin State Prison, CA 94974

NIXIE 941 DC 1 00 12/16/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94974 *0605-05232-10-39

3B44
Lawyers Committe Civil Rights of S.
301 Mission street, Suite 400
San Francisco, CA. 94103.

SAN QUENTIN NSF STATE PRISON
Brooks V23996
Q.S.P.
Quentin, CA 94974

UNITED STATES POSTAGE PITNEY BOWES 02 1M 0004248283 $ 00.41⁰ DEC 10 2007 MAILED FROM ZIP CODE 94964

A.C.L.U. Northern California Chapt
1663 Mission street #46
San Francisco, CA
94

NIXIE 941 DC 1 00 12/19/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94974 *0605-05670-10-39

SAN QUENTIN NSF STATE PRISON

CV-07-02615SBA(PR).

15 OF 15 IV Cont.

# DECLARATION OF SERVICE BY MAIL

I, walter Brooks (Pro Se), the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. V-23996 Housing R/C, Special Program
San Quentin State Prison
San Quentin, CA 94974

On JULY,31,2008 Month/Day, 2008 Year, I served the following document(s):

MOTION FOR ASSISTENCE ~~OF,~~ COUNSEL .

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

MEGHAN K. HIGGINS
DEPUTY CITY ATTORNEY
FOX PLAZA 6Th. FLOOR.
1390 MARKET STREET
SAN FRANCISCO , CA. 94103

Hon. S. B. Armstrong
1301 Clay Street 400S
Oak , CA 94607

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this 31 day of July, 2008, at San Quentin, CA, County of Marin.

[signature]
Signature of declarant

Walter Brooks V.23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974




7-31-08

OFFice OF the Clerk, U.S. District Court
Northern District OF CAliFornia
1301 Clay Street., Suite 400S
OAKland., CA 94612-5212

"ConFidential Legal mail" Re: C-07-02615 SBA (PR)