Walter Brooks V23996 (Pro Se)
S.Q.S.P.
San Quentin, CA 94974


FILED
AUG -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,<br><br>            Defendant. | Case No. C 07-02615 SBA (PR)<br><br>Post-Filing Conference of Counsel Request. FRCivP 37; Civil L.R. 37-1(a)<br><br>Hearing Judge: S.B. Armstrong<br>Place: Courtroom 3, 3rd Floor<br>Date action Filed: July 5, 2007<br>Trial date: Not Set |

Plantiff hereby request to confer with defendant and counsel via Telephone conference or In Person at San Quentin, State Prison. Plantiff has (45 days) to respond to Defendants Summery Judgement filed August 1, 2008.

However, due to the circumstances of this case, I want to confer with you, and possibly give you an Idea of the abundance of evidence against your client, which will demonstrate a pattern of conduct, In which your client practised, To deny the Plantiff, the enjoyment of his clearly established constitutional rights.

Brooks v. Haggett
C07-02615 SBA (PR)

1 of 2

So, before I File my <u>opposition</u> to the defendants <u>Summery Judgement</u>, In wich <u>I will dispute every single Fact</u> You've Presented, and defeat Your Summery Judgement, We Should Talk, So You can see First hand, attempts to Prevent Your client From being Found guilty, are Futile. So, When i defeat Your <u>Summery Judgement</u> there will be no room For Settlement negotiations, and trial will be the only thing i'll be looking Forward to. So, It would behoove You at this Juncture, to Sit and Confer with the Plantiff, ~~In~~ a attempt to resolve this matter Prior to trial.

So In ~~Good~~ Faith, Please arrange For a Phone / Visiting Conference within 10 days after recipt of this request. IF Cansel elects to disregard this regues See You at Trial.

Respectfully Requested,

*Walter Brooks* (Pro Se')

Walter Brooks

Date: August 3, 2008

C.C.: Meghan K. Higgins
Fox Plaza, Sixth Floor
1390 Market Street
S.F. CA 94103

# DECLARATION OF SERVICE BY MAIL

I, __Walter Brooks__, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. __V23996__   Housing __5 B 34__
San Quentin State Prison
San Quentin, CA 94974

On __August 3__, __2008__, I served the following document(s):
   Month/Day      Year

__Post-Filing Conference of Counsel Request__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

Meghan K Higgins                 Hon. S.B. Armstrong
Fox Plaza, Sixth Floor           1301 Clay Street Rm. 400S
1390 Market Street               Oak CA 94612-5212
S.F. CA. 94103

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __3__ day of __August__, __2008__, at San Quentin, CA, County of Marin.

__Walter Brooks__ (Pro Se)
Signature of declarant

Walter Brooks V23996 (ProSe)
S.Q.S.P.
San Quentin, CA 94974



Legal MAIL

U.S. District Court Clerks Office
1301 Clay Street Room 400$^S$
Oakland, CA 94612-5212

Legal MAIL

