Walter Brooks V23996
San Quentin, State Prison
San Quentin, CA 94974
(Pro Se)


FILED
SEP 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BROOKS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,<br><br>　　　Defendant. | Case No. C 07-02615 SBA (PR)<br><br>"Memo" to the Court Regarding Difficulties Plantiff is having aquireing Witness: Vadim marmer: and attempted murder suspects. Declarations In Support of Plantiff Excessive Force Allegations.<br><br>Hearing Judge: Hon. S. B. Armstrong<br>Place　　　: Courtroom 3, 3rd Floor<br>Date action Filed: July 5, 2007<br>Hearing Date: Not set<br>FRCivP 56(F) |

Brooks v. Haggett
C07-02615 SBA (PR)

1 OF 3

Honorable. S. B. Armstrong,

Plantiff Walter Brooks is writing this "memo" for the purpose of notifying the court about the difficulties Plantiff is having obtaining "Declarations" from Plantiffs Two Witnesses; VADim marmer; And (Hispanic male Attempted murder suspect) that's mentioned in Plantiffs Declaration, and Defendant John Haggetts Declaration, who were present In the Holding cell at Southern Station of the San Francisco Police Dept. during the alleged march 3, 2007 Excessive Force Incident.

Regarding VADim marmer, Mr. marmer insist on the Plantiff E-mailing him a Declaration Document at Will@WholesaleFlights.Com. Being Plantiff is at the present time Incarcerated, this is very difficult for the Plantiff to achieve. However, Plantiff has a release Date of (October 7, 2008) and at this time I Will be able to obtain Witness (VADim marmer) Declaration, that upon Information and belief will say that He Saw Defendant Haggett enter Holding Cell and without Provocation Assult Plantiff.

Plantiffs second Witness is Identifyed as the (Hispanic Attempted murder Aresstee witness). Regarding this witness, Plantiff is having his attempts to Identify and gain this Persons contact Information Impeeded by the Defendant. Plantiff has requested this Persons Identity through the Discovery Process; Interrogatories, #18; Production #4; request to Confer With Counsel and the Defendant; motion to Profound Additional Interrogatori under FRCiVP 33, 34; Civil L.R. 33-3. all of the above attempts to gain this Witness Identity and Contact Information has been evaded or Ignored by the Defendant to date. Therefore Its the belief of the

Plantiff, Defendant Haggett is deliberately impeding the Plantiffs Investigation Process While Useing Stonewalling tactics. It is upon Information and belief that all the witnesses Information that the Plantiff Seeks is known to the Defendant, being Its Alleged that the (Hispanic Attempted murder suspect) Shot at Defendant Haggett on March 3, 2007. Plantiff has Identifyed to the Defendant that this Person is a witness to Plantiffs Alleged excessive Force Complaint and Plantiff is still being Bullied and taken advantage of by the Defendant and Meghan K. Higgins of the San Francisco City Attorneys office, In the form of Ignoring and evading Plantiffs many request For this Witnesses Contact Information and Identity. It is upon Information and belief that the (Attempted Murder Arrestee Witnes) has Personel Knowledge that Defendant Haggett did enter holding Cell on March 3 2007 at San Francisco Southern Station Of the Police Department and did assult Plantiff Without Provocation In support of Plantiff Alleged excessive Force Complaint.

Wherefore, Plantiff is Alerting the court of All the Challenges He is encountering In his dilligent efforts to obtain Witnesses Identitys, Contact Information Declarations, and support for his Alleged excessive Force Complaint. So, Plantiff Prays that the Court Will Concider the existence of Plantiff two Witnesses, and the Stated reasons Why Plantiff does not have Declarations Yet, and Concider, FRCivP 56(F) When rendering Judgement on the Defendants Dispositive motion thats Pending. Furthermore, Deputy City Attorney Higgins, Conduct is not In Complience With Civil Local rule 11-4(a)(2), 11-4(b) due to the role she Played In assisting the Defendants biased Practice of Witholding Witness Information From Plantiff, making Counsler Higgins open to Discipline under Civil Local rule 11-6(a)(1)(2)(3)(4)(5).

Plantiff Declores the Forgoing is true and Correct under Penalty of Perjury, I Declare that What is not of my Personel Knowledge to be true based On Information and belife.

Brooks v. Haggett
C07-02615 SBA (PR)                          3 of 3

9/10/08

Walter Brooks
(Pro se)

Walter Brooks V-5176 (Pro se)
V-J996
S.Q.S.P.
San Quentin, CA 94974





 

Office of the Clerk, U.S. District Court
Northern District of California
1301 Clay Street, Suite 400 S. Tower
Oakland, CA 94612-5212

Case 4:07-cv-02615-SBA   Document 55   Filed 09/11/2008   Page 5 of 5