Walter Brooks V23996
San Quentin State Prison
San Quentin, CA 94974
(IN PRO PEA)



FILED
SEP 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER BROOKS,

   Plaintiff,

vs.

SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16,

   Defendant.

Case No. C 07-02615 SBA (PR)

Declration of W. Brooks,
In Support of Plantiff Opposition,
to Defendants motion to
Dismiss or Summery Judgement
In the alternative.

Hearing Judge : Hon. S.B. Armstrong

Place         : Courtroom 3, 3rd Floor

FRCivP        : 56(e)

Civil L.R.    : 7-2(d), 7-5(a)(b)

Date action Filed: July 5 2007 (Amended Complaint)

Trial Date : Not Set

1 OF 5

Brooks v. Haggett
C07-02615 SBA (PR)

I Walter Brooks declare That:

1.) I am the Plantiff In this action and I was at San Francisco Police Department / San Francisco Sheriff Department 850 Bryant Street / 425 7TH Street Location at times relevent to matters surrounding this case on march 3, 2007.

1(a) When Sworn to testify at Trial, I Will Be of Sound mind and capable to attest to the facts contained herein based on my personel knowledge, I declare for those facts not within my personel knowledge to be true based on evidence and/or information and belief.

2) On March 3, 2007 Between 2-4:50 AM while excercising my miranda rights to remain silent. After I had been apprehended Charged and Iden-Tified at the PID Computer while still standing the Defendant San Francisco Police Department Sergent John Haggett asked me " are you a P.A.L." 3) I remained still and silent and defendant John Hagget bent my right Index Finger In a unusual position causing extreme Pain In a attempt to get me to awnser his question. 4) I pulled my Hand back from this assult and Defendant asked officer Kevin Lee "Are We Cuffing the Guy or what? 5) Plantiff was recuffed by officer Kevin Lee and returned to the Holding Cell and Handcuffed next to A (Hispanic man) Who was In Jail for allegedly Shooting at Sergent John Haggett. 6) two-three minutes passed when Defendant John Haggett entered the Holding Cell walked directley to me and with provocation stepped on my right foot deleberetly Indifferent to Inflicting sadistic and malicious wanton Punishment. 7) I remained

Brooks v. Haggett
C07-02615 SBA (PR)

Still and Silent as Defendant Haggett stood over me Defendant Haggett asked "Are you a P.A.L." I remained still and silent Defendant Haggett deleberetly Indifferent to my safty or risk of Injury Without Provocation Used a Closed Fist and struck me In the HEAD on my Right Side. I remained Still and Silent. 8.) Defendant Haggett asked again "are you a PAL" I remained still and silent and Without Provocation deleberetly Indifferent to my Safty Defendant Haggett Useing a Closed Fist Socked me High on my Right Side of my Forehead I remained Still and Silent 9.) as Defendant Haggett remained Standing over me, Defendant Haggett asked me "Where Do You live" I remained still and Silent and Without Provocation DELIBERATLY INDIFREN to Violating my Civil rights Defendant Haggett Punched me In the nose Useing a Closed Fist. I Screamed From the Pain and awnsered "I'm Homeless" 10.) Defendant Moved From Standing over me and Defendant Haggett Stated "now that was not hard-Was It" I remained Still and Silent. 11. as Defendant Haggett Was leaving the Holding cell, He Stated "your a Child Molester the lowest of the low" I remained Still and Silent. 12.) Defendant Haggett then Stated to the (Hispanic Attempted murder Suspect) "He's a child molester the lowest of the Law you Should be takening Care of Him" the (Hispanic Attempted murder Suspect) remained Still and Silent and So did I as Defendant Haggett left the Holding cell. 13.) After Defendant Haggett Closed the Holding Cell Door I said to (VADIM Marmer. "I need You to be a Witness to What Just Happend I'm going to File charges against that guy" 14.) (VADIM MArmer) said "OK" and recited His Cell Phone number to me (415-724-7082)

15.) later upon arriving at County Jail #9 on 3-3-07. During medical screening by Prison Health Services I asked PHS worker (Chris) did he see anything wrong with my face. He said he saw a "BUMP" I said I want him to document the injury and that I had recieved the injury at the hands of Defendant Haggett. 16.) I asked (Chris) could I see a pen and paper so I could write my witness phone number down. (Chris) let me use his pen and we continued my medical Intake screening 17.) later, me and the (Hispanic Attempted murder Susbject) were taken to County Jail #1 together and while we were in the C.J. #1 Front Office holding I asked the (Hispanic Attempted murder suspect) would he be my witness to what Defendant Jhon Haggett did. He said "Yes as long as it dosen't Interfere with his case". He gave me his name. 18.) On March 20, 2007 I filed a San Francisco County Jail Facility Prisoner Grievance Form relating to injurys I sustained from the unprovoeted attack by Defendant Haggett; on March 22, 2007 All Administrative appeals available were completed. 19.) on 3-22-07 Plantiff filed a claim with the City and County of San Francisco alleging excessive force along with these injurys swollen nose and scratche this complaint was denied 4-24-07. 20.) on 4-3-07 I filed a Office of Citizen Complain with the Police Commission Alleging excessive force along with these injurys swollen nose and abrasions to forehead. 21.) on May 16, 2007 I filed a U.S. 42 § 1983 suit alleging excessive force; municiple libility; Failure to train. Verbal Harrassment. 21.) on 7-05-07 I Filed Amended Complaint.

I Walter Brooks declare under Penalty of Purjury that the Forgoing is true and Correct and based on my Personel Knowledge and what is not of my Personel Knowledge I declare as true based on Information and belief. This Declaration was executed on August 31st 2008, At San Quentin, State Prison, San Quentin, California, Marin County.

Walter Brooks

IN PRO. PEA.

Brooks v. Haggett
C07-02615 SBA (PR)

5 of 5