IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Brooks Walter,

    Plaintiff,

    v

San Francisco Police Chief, et al.,

    Defendants.

Case No C 07-2615 SBA (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

    A settlement conference in this matter was held on September 21, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff - Plaintiff with his counsel Burke Hansen, Esq.

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General - Matthew W. Kubicek

    ☒ Other: San Francisco County Counsel - Meghan Higgins

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before
_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☒ The parties agree to an additional follow up settlement. Case did not settle, parties agreed to set another settlement conference to be set at the Case Management Conference to be held in October before the Honorable Saundra Brown Armstrong.

☐ The parties are unable to reach an agreement at this time.

Date: October 20, 2009

_____
Nandor J Vadas
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

BROOKS WALTER,

    Plaintiff,

v.

SAN FRANCISCO POLICE CHIEF et al,

    Defendant.

Case Number: CV07-02615 SBA (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Burke James Hansen
Law Offices of Burke Hansen
819 Eddy St.
San Francisco, CA 94109

Meghan Kathleen Higgins
1390 Market Street, Sixth Floor
San Francisco, CA 94102

Dated: October 20, 2009

*Lashanda Scott*
Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk

3