DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3896
Facsimile: (415) 554-3837
E-Mail: Meghan.Higgins@sfgov.org

Attorneys for Defendant
JOHN HAGGETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER BROOKS, | Case No. C 07-02615 SBA (PR) |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL DATE AND ALL OTHER DATES** |
| vs. | |
| SAN FRANCISCO POLICE DEPARTMENT SERGEANT HAGGETT, Badge # 16, | Date Action filed: January 10, 2007<br>Trial Date: Not set |
| Defendant. | |

The parties, through their counsel, hereby stipulate and request that the Court continue the trial and all other dates in this matter for one hundred twenty (120) days. The parties request this extension because counsel for both Plaintiff and Defendant learned on Tuesday, December 29, 2009 that Plaintiff had been transferred from San Quentin State Prison in Larkspur, California to Avenal State Prison in Avenal, California. Plaintiff had previously stipulated to undergo independent medical and psychological examinations. Defendant had expended several weeks setting up these examinations at San Quentin State Prison, due to visiting and space restrictions. These examinations will now need to be rescheduled at Avenal State Prison. Defendant anticipates a delay of several

months in scheduling these examinations. Plaintiff also anticipates encountering difficulties in communicating with counsel and completing his discovery. Accordingly, the parties request an extension of the current trial date and associated deadlines, as identified in the Court's Order for Pretrial Preparation entered October 23, 2010, as follows:

### A. DISCOVERY CUTOFF.

The deadlines for fact and expert discovery shall be extended for one hundred and twenty days. Currently, the schedule for experts is as follows:

| | |
|---|---|
| Completion of Fact Discovery | February 12, 2010 |
| Expert Designation | February 12, 2010 |
| Completion of Expert Discovery | March 26, 2010 |

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule for discovery:

| | |
|---|---|
| Completion of Fact Discovery | June 13, 2010 |
| Expert Designation | June 13, 2010 |
| Completion of Expert Discovery | July 23, 2010 |

### B. MOTION CUTOFF

The deadline for motions shall be extended for one hundred and twenty days. Currently, the schedule for motions is as follows:

| | |
|---|---|
| Cutoff for Motions | June 1, 2010 |

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule for discovery:

| | |
|---|---|
| Cutoff for Motions | September 29, 2010 |

### C. MANDATORY SETTLEMENT CONFERENCES

The deadline for the mandatory settlement conference shall be extended for one hundred and twenty days. Currently, the schedule for a mandatory settlement conference is as follows:

STIPULATION TO CONTINUE TRIAL AND ALL OTHER DATES, Brooks v. Haggett C07-02615 SBA (PR)

2

c:\documents and settings\workstation\local settings\temp\notes06e812\stipulation to continue trial date and all other dates and proposed order.doc

Mandatory Settlement Conference to take place between June 2, 2010 and June 18, 2010 before a Magistrate Judge.

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule:

Mandatory Settlement Conference to take place between September 30, 2010 and October 16, 2010.

### D. PRETRIAL CONFERENCE

The deadline for the pretrial conference shall be extended for one hundred and twenty days. Currently, the schedule for motions is as follows:

Pretrial Conference to take place on July 13, 2010.

(Pretrial Preparation Order [Docket Entry # 107]).

The parties stipulate to the following schedule:

Pretrial Conference to take place on November 10, 2010, or some date thereafter convenient to the Court.

### E. TRIAL DATE

The trial date shall be extended for one hundred and twenty days. Currently, the trial date is scheduled as follows:

Trial to begin on July 19, 2010.

The parties stipulate to the following schedule:

Trial to begin on November 15, 2010 or some date thereafter convenient to the Court.

IT IS SO STIPULATED.

Dated: January 4, 2010

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                MEGHAN K. HIGGINS
                Deputy City Attorneys

            By: /s/ *Meghan K. Higgins*
                MEGHAN K. HIGGINS

                Attorneys for Defendant
                JOHN HAGGETT

Dated: January 4, 2010

            By:
                BURKE HANSEN

                Attorney for Plaintiff
                WALTER BROOKS

1

2  **<u>ORDER</u>**

3     GOOD CAUSE appearing, it is HEREBY ORDERED that pursuant to the foregoing

4  stipulation, the discovery deadlines, the motion cutoff, and the mandatory settlement conference are

5  continued for one hundred twenty days to the dates listed in the parties' stipulation.  The trial of this

6  matter is continued to _____, the pretrial conference is continued to

7  _____, at ___ p.m..

8     IT IS SO ORDERED.

9  Dated:  1/12/10

10  By
11  HO
    Unit

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28