UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WALTER BROOKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO POLICE CHIEF, HEATHER FONG, et al.,<br><br>　　　　Defendants. | Case No: C 07-2615 SBA<br><br>**ORDER RE LETTERS TO COURT** |

The Court has received several letters from Plaintiff, who is incarcerated, requesting documents and a status report. (Docket Nos. 108, 113 and 114.) However, Plaintiff has legal representation in this action, and therefore, should direct his inquiries to his counsel. The Clerk is directed to forward copies of Docket Nos. 108, 113 and 114 to Plaintiff's counsel of record.

IT IS SO ORDERED.

Dated: 2/16/10

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge